**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* ______ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

11/26

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Ryerson Brothers Excavating, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA Ryerson Utilities |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-5152708 |
| 4. | **Debtor's address** | **Principal place of business**<br>2979 Industrial Parkway<br>Muskegon, MI 49445<br>Number, Street, City, State & ZIP Code<br>Muskegon<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | https://www.ryersonbros.com/ |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor Ryerson Brothers Excavating, LLC Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

2389

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first two sub-boxes. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the third sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are not more than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are not more than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

Debtor Ryerson Brothers Excavating, LLC Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor Ryerson Brothers Excavating, LLC
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2026
MM / DD / YYYY

**X** /s/ Lee Marcus
Signature of authorized representative of debtor

Lee Marcus
Printed name

Title Member

**18. Signature of attorney**

**X** /s/ Steven M. Bylenga
Signature of attorney for debtor

Date November 20, 2026
MM / DD / YYYY

Steven M. Bylenga P73492
Printed name

CBH Attorneys & Counselors, PLLC.
Firm name

MAIN OFFICE
25 Division Avenue S., Suite 500
Grand Rapids, MI 49503
Number, Street, City, State & ZIP Code

Contact phone 616-608-3061 Email address steve@cbhattorneys.com

P73492 MI
Bar number and State

# UNANIMOUS CONSENT RESOLUTION OF MEMBERS OF RYERSON BROTHERS EXCAVATING, LLC TO REORGANIZE UNDER CHAPTER 11, SUBCHAPTER V, OF THE UNITED STATES BANKRUPTCY CODE

We, being all of the Members, of Ryerson Brothers Excavating, LLC, a Michigan Limited Liability Company (hereafter, the "Company"), pursuant to a Meeting of the Members of the Company held, pursuant to the Operating Agreement, on November 20, 2026, (the "Consent Effective Date"), consent to the following resolutions and actions (hereafter, "Consent"), with such Consent to have the same force and effect as a unanimous vote.

## RESOLUTION

WHEREAS, Lee Marcus and Jon J. Ryerson are the only Members ("Members") of the Company;

WHEREAS, the Members have reviewed the financial condition of Company and discussed options for continued operation of the Company as a going concern; and

WHEREAS, the Members have been advised by counsel to the Company regarding the various methods available to the Company for restructuring its financial affairs or winding down its business affairs and liquidating the Company's assets, including filing for relief under Title 11 of the United States Code (the "Bankruptcy Code"), assignment for the benefit of creditors, or settlement of claims with individual creditors of the Company; and

WHEREAS, the Members have determined that it is in the best interest of the Company, its creditors, employees, and other interested parties, that the Company attempts to restructure its financial affairs under the provisions of Chapter 11, of the Bankruptcy Code based on the Members' analysis of each of the other alternatives and management's recommendations with respect thereto; and

WHEREAS, the Members wish to authorize the Company to take certain actions in connection with commencing and prosecuting a Chapter 11 case, including filing a voluntary petition for relief under the provisions of the Chapter 11, Subchapter V of the Bankruptcy Code and causing a Plan of Reorganization to be prepared for consideration and approval by the Company's creditors, members, other interest parties, and the Bankruptcy Court;

NOW THEREFORE IT IS RESOLVED that, in the judgment of the Members, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties, that the Company commence a Chapter 11 case by filing a voluntary petition for relief under the provisions of Chapter 11, Subchapter V, of the Bankruptcy Code; and it is

FURTHER RESOLVED that Lee Marcus, Manager of the Company (the "Authorized Officer") be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Michigan in which the principal executive offices of the Company are located (the "Bankruptcy Court") at such time as said authorized officer executing the same shall determine; and it is

FURTHER RESOLVED that the Authorized Officer and such other officers of the Company as the Authorized Officer shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of the Company to execute and file all petitions, schedules, lists, and other papers and to take any and all action that the Authorized Officer may deem necessary, proper, or desirable in connection with the Chapter 11 case, with a view to successful prosecution of the case; and it is

FURTHER RESOLVED that the law firm of CBH Attorneys & Counselors, PLLC, with its office at 25 Division Ave., S, Ste. 500, Grand Rapids, MI 49503 be, and hereby is, employed as attorneys for the Company under an Engagement Letter and pursuant to such other terms and conditions as the Authorized Officer may determine and as set forth in a written retainer agreement; and it is

FURTHER RESOLVED that the Authorized Officer and such other officers of the Company as the Authorized Officer shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of, the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's Chapter 11 case on such terms as are deemed necessary, proper, or desirable; and it is

FURTHER RESOLVED that the Authorized Officer and such other officers of the Company as the Authorized Officer shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of, the Company to take such action as may reasonably be required to settle or reduce the claims of creditors of the Company and/or receive value from the use or sale of the Company's assets prior to the commencement of the Company's Chapter 11 case; and it is

FURTHER RESOLVED that the Authorized Officer shall, with the assistance of counsel, enter into discussions with creditors of the Company with respect to the terms and conditions of an acceptable Plan of Reorganization, which Plan shall be submitted to the Shareholders for review and approval, and take such actions as may be required to obtain the approval of such Plan by the Company's creditors, members, and the Bankruptcy Court; and it is

FURTHER RESOLVED that upon confirmation of the Plan of Reorganization the officers of the Company shall take such actions as may be reasonably required for the Company to perform its obligations under such Plan, including entering into such agreements with creditors of the Company as may be necessary to restructure any outstanding obligations of the Company to such creditors; and it is

FURTHER RESOLVED that the officers of the Company shall render regular reports regarding the progress of the Chapter 11 case and that the officers and the Shareholders shall continue to meet on a regular basis during the Chapter 11 case to discharge its duties as the debtor-in-possession of the Company's assets.

*[ Signatures on the following page ]*

Dated: 11/20/2026

By: [signature]
Lee Marcus, Member

Dated: 11/20/2026

By: [signature]
Jon J. Ryerson, Member

# RYERSON BROTHERS EXCAVATING LLC

Balance Sheet
As of Oct 31, 2026

| | Total |
|---|---|
| Assets | |
| Current Assets | |
| Bank Accounts | |
| 00 LMCU SAVINGS | 17.35 |
| 01 LMCU CHECKING | -782.31 |
| 02 Shelby State Bank | 122,666.62 |
| 0438 Dave Prepaid | 408.20 |
| 1280 Prepaid Randy | 313.78 |
| 1884 Prepaid Grabe | 500.00 |
| 2294 Josh #2 Prepaid | 500.00 |
| 3026 Prepaid Card #2 | 13.93 |
| 4031 Office PrePaid | 1,000.00 |
| 5683 5683 Prepaid #3 | 27.16 |
| 6583 Prepaid Jared | 354.79 |
| 8134 Prepaid Card | 0.00 |
| 9923 Prepaid Jon | 420.77 |
| 9989 Prepaid Josh | 66.31 |
| Cash | 3,877.14 |
| Clearing Account - JM/ETNA | 0.00 |
| Old National Checking | -6,930.55 |
| Payroll Clearing Account | 10,183.94 |
| **Total Bank Accounts** | **$132,637.13** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 799,055.16 |
| **Total Accounts Receivable** | **$799,055.16** |
| Other Current Assets | |
| Due from Shareholder - Lee Marcus | 0.00 |
| Inventory Asset | 0.00 |
| Prepaid Warranty | 16,941.00 |
| QuickBooks Tax Holding Account | 13,654.09 |
| Undeposited Funds | 0.00 |
| **Total Other Current Assets** | **$30,595.09** |
| **Total Current Assets** | **$962,287.38** |

# RYERSON BROTHERS EXCAVATING LLC

Balance Sheet
As of Oct 31, 2026

| | Total |
|---|---|
| Fixed Assets | |
| Accumulated Deprec | -1,570,661.34 |
| Fixed Asset Other Tools Equipment | 50,300.86 |
| Land - 2979 Industrial Parkway | 35,353.50 |
| Land - Parcel D (3.5 Acre) Lakewood - spec house | 0.00 |
| Machinery & Equipment | 2,414,576.59 |
| Shop Building | 336,567.95 |
| Trucks | 1,425,419.86 |
| **Total Fixed Assets** | **$2,691,557.42** |
| Other Assets | |
| Accumulated Amortization | -244,084.00 |
| Closing Costs | 180,027.94 |
| Goodwill | 1,390,836.51 |
| **Total Other Assets** | **$1,326,780.45** |
| **Total Assets** | **$4,980,625.25** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 702,238.17 |
| **Total Accounts Payable** | **$702,238.17** |
| Credit Cards | |
| Blue Business Plus Card (1006) - 5 | 55,712.82 |
| Business Gold Card (1007) - 5 | 33,787.25 |
| Chase Credit Card | $34,315.64 |
| 0824 Brooks | 800.42 |
| 3315 Josh | 1,214.88 |
| 3349 John Grabe | 1,226.85 |
| 4454 Chris Beggs | 44.55 |
| 7563 Keith | 4,699.91 |
| 7746 Jay Tutten | 4,541.66 |
| 9197 Jon R | 208.73 |
| 9222 Dave | 15,205.59 |
| 9420 Lee | -23,788.11 |
| 9437 Randy | 921.64 |
| 9494 Jared | 1,165.19 |
| **Total for Chase Credit Card** | **$40,556.95** |

# RYERSON BROTHERS EXCAVATING LLC

Balance Sheet
As of Oct 31, 2026

| | Total |
|---|---|
| **Total Credit Cards** | **$130,057.02** |
| Other Current Liabilities | |
| American Express 6 month working capital | 0.00 |
| American Express Loan | 45,944.44 |
| Direct Deposit Payable | -100.00 |
| Loan Payable - Jon Ryerson | 0.00 |
| Loan Payable - Martin Ryerson | 0.00 |
| Old National LOC | 349,770.32 |
| Payroll Liabilities | $0.00 |
| City of Muskegon Taxes | 15.44 |
| Federal Taxes (941/943/944) | 3,053.31 |
| Federal Unemployment (940) | 636.86 |
| Friend of the court #1 - Jeremiah | 0.00 |
| Friend of the court #3 - Jeremiah | 0.00 |
| Garnishment | 0.00 |
| IL Income Tax | 0.00 |
| Kent County Child Support | 198.74 |
| MD Income Tax | 0.00 |
| Meridio Health Insurance | -11.79 |
| MI Income Tax | 11,447.83 |
| MI Unemployment Tax | 1,239.12 |
| NC Income Tax | 0.00 |
| OH Income Tax | 0.00 |
| **Total for Payroll Liabilities** | **$16,579.51** |
| Repayment | |
| Payroll Advance | -750.00 |
| **Total for Repayment** | **-$750.00** |
| **Total Other Current Liabilities** | **$411,444.27** |
| **Total Current Liabilities** | **$1,243,739.46** |
| Long-term Liabilities | |
| 3236 2026 Ford F450 (U2) - Ford Credit | 70,635.31 |
| 3277 DLL - Directional Drill, trailer & tank | 134,341.92 |
| 4148 2026 Ford Super Duty F-250 (U6) - Ford Credit | 66,858.31 |
| 4290 Ford Super Duty F-350 2026 - ALLY | 77,041.09 |
| 4392 4392 Ford 150 (U9) Huntington | 38,925.00 |
| 5057 5057 2023 Ford F150 (U11) -Huntington | 37,906.08 |
| 5480 2026 Ford F250 (U4) - Ford Credit | 63,762.17 |
| 5665 2026 Ford F350 (U8) - Ford Credit | 72,095.82 |
| 6454 6454 Ford F350 dumptruck (EXC) - Ford Credit | 90,712.07 |
| 6753 2025 Ford F150 (U5) - Ford Credit | 43,346.43 |
| 6960 6960 Ford 150 (U10) Huntington | 40,137.26 |
| 7237 DLL - Direction Drill 7237 & more | 303,822.52 |
| 7606 Ford Finance 150 Lightning (Lee’s) | 56,779.67 |

# RYERSON BROTHERS EXCAVATING LLC

Balance Sheet
As of Oct 31, 2026

| | Total |
|---|---|
| 8635 2026 Ford F250 (U7) - Ford Credit | 65,232.94 |
| 8777 2026 FORD SD F350 (U1) - Ford Credit | 71,162.40 |
| 9252 2025 Ford Super Duty F-250 SRW ALLY | 68,565.87 |
| 9355 2025 Ford F250 (U3) - Ford Credit | 60,974.13 |
| Bell Bank - Directional Drill 06563 | 205,596.91 |
| DLL - Directional Drill 06643 | 205,378.92 |
| National Funding | 0.00 |
| Notes Payable - Ditch Witch | 101,617.01 |
| Notes Payable - Mini Excavator | 57,241.60 |
| OnDeckCapital | 308,806.31 |
| SBA Loan | 1,735,606.58 |
| Takeuchi - 2025 TL8 R2CR Track Loader | 46,904.22 |
| Team Financial Loan - 2 trucks | 31,267.59 |
| Vox Funding Loan | 186,545.09 |
| Wells Fargo - Direction Drill 06644 | 186,574.24 |
| Western Equipment Finance | 33,058.08 |
| **Total Long-term Liabilities** | **$4,460,895.54** |
| **Total Liabilities** | **$5,704,635.00** |
| Equity | |
| Opening Balance Equity | 577.99 |
| Owner Draw - Lee | -39,686.00 |
| Owner’s Capital - Jon | 600.00 |
| Owner’s Capital - Lee | 38,229.28 |
| Owner’s Capital - Martin | 0.00 |
| Owner’s Draw - Jon | -1,000.00 |
| Owner’s Draw - Martin | 0.00 |
| Retained Earnings | 205,317.36 |
| Net Income | -928,048.38 |
| **Total Equity** | **-$724,009.75** |
| **Total Liabilities and Equity** | **$4,980,625.25** |

Form **1120-S**
Department of the Treasury
Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

**Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.**
**Go to *www.irs.gov/Form1120S* for instructions and the latest information.**

OMB No. 1545-0123
**2025**

For calendar year 2025 or tax year beginning , ending

| | | |
|---|---|---|
| A S election effective date 01/01/20 | Name: RYERSON BROTHERS EXCAVATING LLC | D Employer identification number **-***2708 |
| B Business activity code number (see instr.) 238900 | Number and street. If a P.O. box, see instructions. 2979 INDUSTRIAL PARKWAY; Room or suite no. | E Date incorporated 06/01/2018 |
| C Check if Sch. M-3 attached ☐ | City or town: MUSKEGON; State or province: MI; Country: ; ZIP or foreign postal code: 49445 | F Total assets (see instructions) $ 2,869,617 |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year: 2

**J** Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

| Section | Line | Description | | Amount |
|---|---|---|---|---|
| Income | 1a | Gross receipts or sales 3,710,618 b Less returns and allowances 40,808 c Balance | 1c | 3,669,810 |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | 1,187,520 |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 2,482,290 |
| | 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 4 | 46,729 |
| | 5 | Other income (loss) (see instructions—attach statement) | 5 | |
| | 6 | **Total income (loss).** Add lines 3 through 5 | 6 | 2,529,019 |
| Deductions (see instructions for limitations) | 7 | Compensation of officers (see instructions–attach Form 1125-E) | 7 | 165,389 |
| | 8 | Salaries and wages (less employment credits) | 8 | 990,252 |
| | 9 | Repairs and maintenance | 9 | 158,336 |
| | 10 | Bad debts | 10 | 1,470 |
| | 11 | Rents | 11 | 5,188 |
| | 12 | Taxes and licenses | 12 | 122,088 |
| | 13 | Interest (see instructions) | 13 | 228,444 |
| | 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 191,788 |
| | 15 | Depletion **(do not deduct oil and gas depletion)** | 15 | |
| | 16 | Advertising | 16 | 46,983 |
| | 17 | Pension, profit-sharing, etc., plans | 17 | |
| | 18 | Employee benefit programs | 18 | 45 |
| | 19 | Energy efficient commercial buildings deduction (attach Form 7205) | 19 | |
| | 20 | Other deductions (attach statement) See Stmt 1 | 20 | 279,080 |
| | 21 | **Total deductions.** Add lines 7 through 20 | 21 | 2,189,063 |
| | 22 | **Ordinary business income (loss).** Subtract line 21 from line 6 | 22 | 339,956 |
| Tax and Payments | 23a | Excess net passive income or LIFO recapture tax (see instructions) — 23a | | |
| | b | Tax from Schedule D (Form 1120-S) — 23b | | |
| | c | Add lines 23a and 23b (see instructions for additional taxes) | 23c | |
| | 24a | Current year's estimated tax payments and preceding year's overpayment credited to the current year — 24a | | |
| | b | Tax deposited with Form 7004 — 24b | | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) — 24c | | |
| | d | Elective payment election amount from Form 3800 — 24d | | |
| | z | Add lines 24a through 24d | 24z | |
| | 25 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | 25 | |
| | 26 | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed | 26 | |
| | 27 | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | 27 | |
| | 28 | Enter amount from line 27: **a Credited to 2026 estimated tax** **b Refunded** | 28b | |
| | c | Routing number ____ d Type: ☐ Checking ☐ Savings | | |
| | e | Account number ____ | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

Signature of officer: LEE MARCUS | Date | Title: President

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Ben Gunter | Ben Gunter | 04/11/26 | | ********* |

Firm's name: Gunter Accounting — Firm's EIN: **-***0859

Firm's address: 880 Jefferson St, Muskegon, MI 49440-1245 — Phone no. 231-726-2005

## Schedule B Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a [ ] Cash b [X] Accrual c [ ] Other (specify) | | |
| 2 | See the instructions and enter the: a Business activity EXCAVATING b Product or service SERVICE | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | X |
| 4 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? If "Yes," complete lines (i) and (ii) below. | | X |
| | (i) Total shares of restricted stock | | |
| | (ii) Total shares of non-restricted stock | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? If "Yes," complete lines (i) and (ii) below. | | X |
| | (i) Total shares of stock outstanding at the end of the tax year | | |
| | (ii) Total shares of stock outstanding if all instruments were executed | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount [ ] If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and** **(b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions $ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 10 | Does the corporation satisfy one or more of the following? See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $31 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. If "Yes," complete and attach **Form 8990,** Limitation on Business Interest Expense Under Section 163(j). | | |
| 11 | Does the corporation satisfy **both** of the following conditions? | | X |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000. If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

## Schedule B Other Information (see instructions) *(continued)*

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | X |
| 14a | Did the corporation make any payments that would require it to file Form(s) 1099? | | X |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | | |
| 15 | Does the corporation intend to self-certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," complete and attach Form 8996. Enter the amount (if any) from Form 8996, line 15 $ | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | X |
| 17 | Reserved for future use | | |

## Schedule K Shareholders' Pro Rata Share Items

| Section | Line | Description | | Line | Total amount |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 22) | | 1 | 339,956 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| | 3a | Other gross rental income (loss) | 3a | | |
| | b | Expenses from other rental activities (attach statement) | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | 3c | |
| | 4 | Interest income | | 4 | |
| | 5 | Dividends: a Ordinary dividends | | 5a | |
| | | b Qualified dividends | 5b | | |
| | 6 | Royalties | | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | | 9 | 10,000 |
| | 10 | Other income (loss) (see instructions) Type: | | 10 | |
| Deductions | 11 | Section 179 deduction (attach Form 4562) | | 11 | 314,528 |
| | 12a | Cash charitable contributions Stmt | | 12a | |
| | b | Noncash charitable contributions | | 12b | |
| | c | Investment interest expense | | 12c | |
| | d | Section 59(e)(2) expenditures Type: | | 12d | |
| | e | Other deductions (see instructions) Type: | | 12e | |
| Credits | 13a | Low-income housing credit (section 42(j)(5)) | | 13a | |
| | b | Low-income housing credit (other) | | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | 13c | |
| | d | Other rental real estate credits (see instructions) Type: | | 13d | |
| | e | Other rental credits (see instructions) Type: | | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | | 13f | |
| | g | Other credits (see instructions) Type: | | 13g | |
| International | 14a | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance ☐ | | | |
| | b | Check this box if you qualified for an exception to filing Schedule K-2 (Form 1120-S) ☐ | | | |
| Alternative Minimum Tax (AMT) Items | 15a | Post-1986 depreciation adjustment | | 15a | -13,661 |
| | b | Adjusted gain or loss | | 15b | |
| | c | Depletion (other than oil and gas) | | 15c | |
| | d | Oil, gas, and geothermal properties – gross income | | 15d | |
| | e | Oil, gas, and geothermal properties – deductions | | 15e | |
| | f | Other AMT items (attach statement) | | 15f | |
| Items Affecting Shareholder Basis | 16a | Tax-exempt interest income | | 16a | |
| | b | Other tax-exempt income | | 16b | |
| | c | Nondeductible expenses | | 16c | 244 |
| | d | Distributions (attach statement if required) (see instructions) | | 16d | |
| | e | Repayment of loans from shareholders | | 16e | |
| | f | Foreign taxes paid or accrued | | 16f | |

**Schedule K** Shareholders' Pro Rata Share Items *(continued)*

| | | | Total amount |
|---|---|---|---|
| Other Information | 17a Investment income | 17a | |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement) See Statement 2 | | |
| Recon-ciliation | 18 **Income (loss) reconciliation.** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12e and 16f | 18 | 35,428 |

**Schedule L** Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 9,193 | | 133,296 |
| 2a Trade notes and accounts receivable | 218,180 | | 642,274 | |
| b Less allowance for bad debts | ( ) | 218,180 | ( ) | 642,274 |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach statement) | | | | |
| 7 Loans to shareholders | | 809,773 | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 1,741,127 | | 2,292,195 | |
| b Less accumulated depreciation | (791,053) | 950,074 | (1,250,640) | 1,041,555 |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | 35,354 | | 35,354 |
| 13a Intangible assets (amortizable only) | 180,028 | | 180,028 | |
| b Less accumulated amortization | (8,001) | 172,027 | (20,003) | 160,025 |
| 14 Other assets (attach statement) Stmt 3 | | | | 857,113 |
| 15 Total assets | | 2,194,601 | | 2,869,617 |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 87,763 | | 142,490 |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach statement) Stmt 4 | | 249,813 | | 373,427 |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 2,067,711 | | 2,522,400 |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock | | 6,000 | | 12,802 |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings | | -216,686 | | -181,502 |
| 25 Adjustments to shareholders' equity (attach statement) | | | | |
| 26 Less cost of treasury stock | | ( ) | | ( ) |
| 27 Total liabilities and shareholders' equity | | 2,194,601 | | 2,869,617 |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -296,867 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): Stmt 5 | 17,523 | a | Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12e, and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12e, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation $ 314,528 | | a | Depreciation $ | |
| b | Travel and entertainment $ 244 | 314,772 | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | 35,428 | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | 35,428 |

## Schedule M-2 Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -162,853 | | | |
| 2 | Ordinary income from page 1, line 22 | 339,956 | | | |
| 3 | Other additions Stmt 6 | 10,000 | | | |
| 4 | Loss from page 1, line 22 | ( ) | | | |
| 5 | Other reductions Stmt 7 | ( 314,772) | | | ( ) |
| 6 | Combine lines 1 through 5 | -127,669 | | | |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -127,669 | | | |

Form **4797**

Department of the Treasury
Internal Revenue Service

# Sales of Business Property

**(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))**

**Attach to your tax return.**

**Go to *www.irs.gov/Form4797* for instructions and the latest information.**

OMB No. 1545-0184

**2025**

Attachment Sequence No. **27**

| Name(s) shown on return | Identifying number |
|---|---|
| RYERSON BROTHERS EXCAVATING LLC | **-***2708 |

| | | | |
|---|---|---|---|
| 1a | Enter the gross proceeds from sales or exchanges reported to you for 2025 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions | 1a | |
| b | Enter the total amount of gain that you are including on lines 2, 10, and 24 due to the partial dispositions of MACRS assets | 1b | |
| c | Enter the total amount of loss that you are including on lines 2 and 10 due to the partial dispositions of MACRS assets | 1c | |

## Part I Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year (see instructions)

| 2 (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 3 | Gain, if any, from Form 4684, line 39 | 3 | |
| 4 | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | 4 | |
| 5 | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | 5 | |
| 6 | Gain, if any, from line 32, from other than casualty or theft | 6 | 10,000 |
| 7 | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | 7 | 10,000 |
| | **Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below. | | |
| | **Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below. | | |
| 8 | Nonrecaptured net section 1231 losses from prior years. See instructions | 8 | |
| 9 | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions | 9 | |

## Part II Ordinary Gains and Losses (see instructions)

10 Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 11 | Loss, if any, from line 7 | 11 | ( ) |
| 12 | Gain, if any, from line 7 or amount from line 8, if applicable | 12 | |
| 13 | Gain, if any, from line 31 | 13 | 46,729 |
| 14 | Net gain or (loss) from Form 4684, lines 31 and 38a | 14 | |
| 15 | Ordinary gain from installment sales from Form 6252, line 25 or 36 | 15 | |
| 16 | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | 16 | |
| 17 | Combine lines 10 through 16 | 17 | 46,729 |
| 18 | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below. | | |
| a | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions | 18a | |
| b | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4 | 18b | |

**For Paperwork Reduction Act Notice, see separate instructions.**



DAA

## Part III Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255 (see instructions)

| 19 | (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|---|
| A | 2017 TAKEUCHI TL 8 TRACK LOADER | 03/28/19 | 07/15/25 |
| B | | | |
| C | | | |
| D | | | |

| | These columns relate to the properties on lines 19A through 19D. | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|---|
| 20 | Gross sales price (**Note:** *See line 1a before completing.)* | 20 | 56,729 | | | |
| 21 | Cost or other basis plus expense of sale | 21 | 46,729 | | | |
| 22 | Depreciation (or depletion) allowed or allowable | 22 | 46,729 | | | |
| 23 | Adjusted basis. Subtract line 22 from line 21 | 23 | 0 | | | |
| 24 | Total gain. Subtract line 23 from line 20 | 24 | 56,729 | | | |
| 25 | **If section 1245 property:** | | | | | |
| a | Depreciation allowed or allowable from line 22 | 25a | 46,729 | | | |
| b | Enter the **smaller** of line 24 or 25a | 25b | 46,729 | | | |
| 26 | **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975. See instructions | 26a | | | | |
| b | Applicable percentage multiplied by the **smaller** of line 24 or line 26a. See instructions | 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property **or** line 24 isn't more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d | Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e | Enter the **smaller** of line 26c or 26d | 26e | | | | |
| f | Section 291 amount (corporations only) | 26f | | | | |
| g | Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 | **If section 1252 property:** Skip this section if you didn't dispose of farmland or if this form is being completed for a partnership. | | | | | |
| a | Soil, water, and land clearing expenses | 27a | | | | |
| b | Line 27a multiplied by applicable percentage. See instructions | 27b | | | | |
| c | Enter the **smaller** of line 24 or 27b | 27c | | | | |
| 28 | **If section 1254 property:** | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion. See instructions | 28a | | | | |
| b | Enter the **smaller** of line 24 or 28a | 28b | | | | |
| 29 | **If section 1255 property:** | | | | | |
| a | Applicable percentage of payments excluded from income under section 126. See instructions | 29a | | | | |
| b | Enter the **smaller** of line 24 or 29a. See instructions | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| | | | |
|---|---|---|---|
| 30 | Total gains for all properties. Add property columns A through D, line 24 | 30 | 56,729 |
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | 46,729 |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | 10,000 |

## Part IV Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less (see instructions)

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 | Recomputed depreciation. See instructions | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

Form **1125-A** (Rev. November 2024)
Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

**Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
**Go to** *www.irs.gov/Form1125A* **for the latest information.**

OMB No. 1545-0123

Name: RYERSON BROTHERS EXCAVATING LLC

Employer identification number: **-***2708

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 1,187,520 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 1,187,520 |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 1,187,520 |

**9a** Check all methods used for valuing closing inventory. See instructions.

- *(i)* ☐ Cost
- *(ii)* ☐ Lower of cost or market
- *(iii)* ☐ Other (Specify method used and attach explanation.)

For certain small business taxpayers, alternative methods of accounting for inventories:

- *(iv)* ☐ Non-incidental materials and supplies method
- *(v)* ☐ AFS method
- *(vi)* ☐ Non-AFS method

**b** Check if there was a writedown of subnormal goods ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ☐

**d** *(i)* If the LIFO inventory method was used for this tax year, enter amount of closing inventory figured under LIFO **9d(i)**

*(ii)* If the LIFO inventory method was used for this tax year, enter amount of the closing LIFO Reserve **9d(ii)**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☒ No

**For Paperwork Reduction Act Notice, see instructions.**

671124

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

# Schedule K-1 (Form 1120-S) 2025

Department of the Treasury
Internal Revenue Service

For calendar year 2025, or tax year

beginning ______ ending ______

## Shareholder's Share of Income, Deductions, Credits, etc.

See separate instructions.

## Part I Information About the Corporation

**A** Corporation's employer identification number
**-***2708

**B** Corporation's name, address, city, state, and ZIP code
RYERSON BROTHERS EXCAVATING LLC

2979 INDUSTRIAL PARKWAY
MUSKEGON MI 49445

**C** IRS Center where corporation filed return
e-file

**D** Corporation's total number of shares

| | |
|---|---|
| Beginning of tax year | 2,000 |
| End of tax year | 2,000 |

## Part II Information About the Shareholder

**E** Shareholder's identifying number
***-**-9066

**F1** Shareholder's name, address, city, state, and ZIP code
JON RYERSON
903B MEARS AVE

WHITEHALL MI 49461

**F2** If the shareholder is a disregarded entity, a trust, an estate, or a nominee or similar person, enter the individual or entity responsible for reporting:

TIN ______

Name ______

**F3** What type of entity is this shareholder? ______

**G** Current year allocation percentage 10.000000 %

**H** Shareholder's number of shares

| | |
|---|---|
| Beginning of tax year | 200 |
| End of tax year | 200 |

**I** Loans from shareholder

| | |
|---|---|
| Beginning of tax year | $ 0 |
| End of tax year | $ 0 |

For IRS Use Only

## Part III Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Line | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | 33,996 |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | 1,000 |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | 31,453 |
| 12 | Other deductions | |

| Line | Code | Description / Amount |
|---|---|---|
| 13 | | Credits |
| 14 | | Schedule K-3 is attached if checked ☐ |
| 15 | | Alternative minimum tax (AMT) items |
| | A | -1,366 |
| 16 | | Items affecting shareholder basis |
| | C* | 24 |
| 17 | | Other information |
| | V* | STMT |
| | AC* | STMT |

18 ☐ More than one activity for at-risk purposes*
19 ☐ More than one activity for passive activity purposes*

* See attached statement for additional information.

671124

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

**Schedule K-1 (Form 1120-S)** **2025**

Department of the Treasury
Internal Revenue Service

For calendar year 2025, or tax year

beginning ______ ending ______

# Shareholder's Share of Income, Deductions, Credits, etc.

**See separate instructions.**

## Part I Information About the Corporation

**A** Corporation's employer identification number
**-***2708

**B** Corporation's name, address, city, state, and ZIP code
RYERSON BROTHERS EXCAVATING LLC

2979 INDUSTRIAL PARKWAY
MUSKEGON MI 49445

**C** IRS Center where corporation filed return
e-file

**D** Corporation's total number of shares
Beginning of tax year 2,000
End of tax year 2,000

## Part II Information About the Shareholder

**E** Shareholder's identifying number
***-**-4802

**F1** Shareholder's name, address, city, state, and ZIP code
LEE MARCUS
38 BELLWOOD DR

HOLLAND MI 49423

**F2** If the shareholder is a disregarded entity, a trust, an estate, or a nominee or similar person, enter the individual or entity responsible for reporting:
TIN ______
Name ______

**F3** What type of entity is this shareholder? ______

**G** Current year allocation percentage 90.000000 %

**H** Shareholder's number of shares
Beginning of tax year 1,800
End of tax year 1,800

**I** Loans from shareholder
Beginning of tax year $ 0
End of tax year $ 0

For IRS Use Only

## Part III Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Line | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | 305,960 |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | 9,000 |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | 283,075 |
| 12 | Other deductions | |

| Line | Code | Item | Amount |
|---|---|---|---|
| 13 | | Credits | |
| 14 | | Schedule K-3 is attached if checked ☐ | |
| 15 | A | Alternative minimum tax (AMT) items | -12,295 |
| 16 | C* | Items affecting shareholder basis | 220 |
| 17 | V* | Other information | STMT |
| | AC* | | STMT |

18 ☐ More than one activity for at-risk purposes*
19 ☐ More than one activity for passive activity purposes*

* See attached statement for additional information.

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

u Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
u Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-0123

Name: RYERSON BROTHERS EXCAVATING LLC

Employer identification number: **-***2708

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| | (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned (d) Common | Percent of stock owned (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| 1 | JON RYERSON | ***-**-9066 | 100.000 % | 10.000 % | % | 62,646 |
| | LEE MARCUS | ***-**-4802 | 100.000 % | 90.000 % | % | 102,743 |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| | | | |
|---|---|---|---|
| 2 | Total compensation of officers | 2 | 165,389 |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | 4 | 165,389 |

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization

**(Including Information on Listed Property)**

**Attach to your tax return.**

**Go to *www.irs.gov/Form4562* for instructions and the latest information.**

OMB No. 1545-0172

**2025**

Attachment Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| RYERSON BROTHERS EXCAVATING LLC | Regular Depreciation | **-***2708 |

## Part I Election To Expense Certain Property Under Section 179

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 2,500,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | 597,797 |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 4,000,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 2,500,000 |

| 6 (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| See Statement 8 | 324,544 | 314,528 |
| | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 314,528 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | 314,528 |
| 10 | Carryover of disallowed deduction from line 13 of your 2024 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | 11 | 515,345 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | 314,528 |
| 13 | Carryover of disallowed deduction to 2026. Add lines 9 and 10, less line 12 | 13 | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

## Part III MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2025 | 17 | 152,074 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ☐ | | |

**Section B—Assets Placed in Service During 2025 Tax Year Using the General Depreciation System**

| (a) Classification of property (see instructions) | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only–see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | 283,269 | 5.0 | MQ | 200DB | 38,244 |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h 50-year property | | | 50 yrs. | MM | S/L | |
| i Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| j Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C— Assets Placed in Service During 2025 Tax Year Using the Alternative Depreciation System**

| (a) Classification of property | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |
| e 50-year | | | 50 yrs. | MM | S/L | |

**For Paperwork Reduction Act Notice, see separate instructions.**

## Part IV Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 1,470 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | 191,788 |
| 23a | For assets shown in Part III that are placed in service during the current tax year, and have costs capitalized under section 263A, enter the amount of the basis attributable to interest costs capitalized under section 263A(f) | 23a | |
| b | For assets shown in Part III that are placed in service during the current tax year, and have costs capitalized under section 263A, enter the amount of the basis attributable to costs capitalized under section 263A other than interest costs capitalized under section 263A(f) | 23b | |

## Part V Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? [X] Yes [ ] No

b If "Yes," is the evidence written? [X] Yes [ ] No

c Do you own, lease, or charter an aircraft? Check all that apply. See instructions [ ] Own [ ] Lease [ ] Charter

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | | 25 | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| 2011 FORD F-350 XLT | 05/01/20 | 100.00 % | 25,507 | 25,507 | 5.0 | 200DBHY | 1,470 | |
| TRUCK | 06/09/21 | 100.00 % | 30,621 | | 5.0 | 200DBMQ | | |
| **27** Property used 50% or less in a qualified business use : | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21 | | | | | | 28 | 1,470 | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7 | | | | | | | 29 | |

### Section B—Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Part V** **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) *(continued)*

### Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| **37** | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | X |
| **38** | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | X |
| **39** | Do you treat all use of vehicles by employees as personal use? | | X |
| **40** | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | X |
| **41** | Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | X |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2025 tax year (see instructions): | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2025 tax year | | | | 43 | 12,002 |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | 12,002 |

Form **1120-S**

# Section 199A Information Worksheet

**2025**

For calendar year 2025 or tax year beginning , ending

Name: RYERSON BROTHERS EXCAVATING LLC

Employer Identification Number: **-***2708

| | Activity Description | Pass-Through Entity EIN | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| **Column A** | EXCAVATING | | ☐ | ☐ | ☐ |
| **Column B** | | | ☐ | ☐ | ☐ |
| **Column C** | | | ☐ | ☐ | ☐ |
| **Column D** | | | ☐ | ☐ | ☐ |
| **Column E** | | | ☐ | ☐ | ☐ |

| **QBI or Qualified PTP items:** | **Column A** | **Column B** | **Column C** | **Column D** | **Column E** |
|---|---|---|---|---|---|
| Ordinary business income (loss) | 339,956 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalty income (loss) | | | | | |
| Section 1231 gain (loss) | 10,000 | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | 314,528 | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 1,155,641 | | | | |
| **Qualified property** | 2,292,195 | | | | |

**Other Information:**

QBI allocable to cooperative pmts received

W-2 wages allocable to qualified payments

Section 199A(g) deduction

**Section 199A REIT dividends**

# Federal Statements

## Statement 1 - Form 1120-S, Page 1, Line 20 - Other Deductions

| Description | Amount |
|---|---|
| Bank charges | $ 2,022 |
| Auto expense | 77,590 |
| Insurance | 56,988 |
| Legal and professional | 11,805 |
| Office expense | 17,211 |
| Utilities | 17,155 |
| Dues & Fees | 1,000 |
| DOT Expense | 794 |
| Small Tools | 969 |
| Postage & Freight | 166 |
| Education and training | 17,800 |
| General Shop Expense | 142 |
| Mileage Reimbursement | 28 |
| SUBSCRIPTIONS | 2,190 |
| Supplies | 60,973 |
| Amortization | 12,002 |
| 50% of Meals | 245 |
| Total | $ 279,080 |

## Statement 2 - Form 1120-S, Page 4, Schedule K, Line 17d - Other Items and Amounts

| Description | Amount |
|---|---|
| Section 199A Information - See Attached Wrk | $ |

## Statement 3 - Form 1120-S, Page 4, Schedule L, Line 14 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| Other Assets | $ | $ 857,113 |
| Total | $ 0 | $ 857,113 |

## Statement 4 - Form 1120-S, Page 4, Schedule L, Line 18 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| Other Current Liabilities | $ 249,813 | $ 373,427 |
| Total | $ 249,813 | $ 373,427 |

# Federal Statements

## Statement 5 - Form 1120-S, Page 5, Schedule M-1, Line 2 - Taxable Income Not on Books

| Description | Amount |
|---|---|
| Form 4797 Book/Tax Diff | $ 17,523 |
| Total | $ 17,523 |

## Statement 6 - Form 1120-S, Page 5, Schedule M-2, Line 3(a) - Other Additions

| Description | Amount |
|---|---|
| Net Section 1231 Gain | $ 10,000 |
| Total | $ 10,000 |

## Statement 7 - Form 1120-S, Page 5, Schedule M-2, Line 5(a) - Other Reductions

| Description | Amount |
|---|---|
| Travel & Entertainment | $ 244 |
| Section 179 Expense | 314,528 |
| Total | $ 314,772 |

# Federal Statements

**Regular Depreciation**

**Statement 8 - Form 4562, Part I, Line 6 - Section 179 Expense**

| Description of Property | Cost | Expense |
|---|---|---|
| JT10A DITCHWITCH | $ 164,892 | $ 164,892 |
| 2026 FORD F-350 | 107,636 | 107,636 |
| 2025 FORD F-150 | 52,016 | 42,000 |
| Total | $ 324,544 | $ 314,528 |

825152708 RYERSON BROTHERS EXCAVATING LLC 4/11/2026 6:55 PM
**-***2708

# Federal Statements

FYE: 12/31/2025

## JON RYERSON
## ***-**-9066

### Schedule K-1, Box 16, Code C - Nondeductible Expenses

| Description | Shareholder Amount |
|---|---|
| Page 1 Meals | $ 24 |
| Total | $ 24 |

### Schedule K-1, Box 17, Code AC - Gross Receipts for Section 448(c)

| Description | Shareholder Amount |
|---|---|
| 8990 Gross Receipts for 2024 | 199,768 |
| 8990 Gross Receipts for 2023 | 216,479 |
| 8990 Gross Receipts for 2022 | 198,794 |

# Federal Statements

## LEE MARCUS
## ***-**-4802

### Schedule K-1, Box 16, Code C - Nondeductible Expenses

| Description | Shareholder Amount |
|---|---|
| Page 1 Meals | $ 220 |
| Total | $ 220 |

### Schedule K-1, Box 17, Code AC - Gross Receipts for Section 448(c)

| Description | Shareholder Amount |
|---|---|
| 8990 Gross Receipts for 2024 | 1,797,910 |
| 8990 Gross Receipts for 2023 | 1,948,309 |
| 8990 Gross Receipts for 2022 | 1,789,146 |

Form **1120-S** **Schedule K-1**

# Schedule K-1, Box 17, Code V
# Shareholder's Section 199A Information

**2025**

For calendar year 2025 or tax year beginning , ending

Name
**RYERSON BROTHERS EXCAVATING LLC**
**JON RYERSON**

Taxpayer Identification Number
**-*2708
*--9066

| | Activity Description | Pass-Through Entity EIN | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| **Column A** | EXCAVATING | | ☐ | ☐ | ☐ |
| **Column B** | | | ☐ | ☐ | ☐ |
| **Column C** | | | ☐ | ☐ | ☐ |
| **Column D** | | | ☐ | ☐ | ☐ |
| **Column E** | | | ☐ | ☐ | ☐ |

| **QBI or Qualified PTP items:** | **Column A** | **Column B** | **Column C** | **Column D** | **Column E** |
|---|---|---|---|---|---|
| Ordinary business income (loss) | 33,996 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalty income (loss) | | | | | |
| Section 1231 gain (loss) | 1,000 | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | 31,453 | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 115,564 | | | | |
| **Qualified property** | 229,220 | | | | |

**Other Information:**

QBI allocable to cooperative pmts received

W-2 wages allocable to qualified payments

Section 199A(g) deduction

**Section 199A REIT dividends**

Form **1120-S**
**Schedule K-1**

# Schedule K-1, Box 17, Code V
# Shareholder's Section 199A Information

**2025**

For calendar year 2025 or tax year beginning , ending

Name
**RYERSON BROTHERS EXCAVATING LLC**
**LEE MARCUS**

Taxpayer Identification Number
**-*2708
***-**-4802

| | Activity Description | Pass-Through Entity EIN | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| **Column A** | EXCAVATING | | ☐ | ☐ | ☐ |
| **Column B** | | | ☐ | ☐ | ☐ |
| **Column C** | | | ☐ | ☐ | ☐ |
| **Column D** | | | ☐ | ☐ | ☐ |
| **Column E** | | | ☐ | ☐ | ☐ |

| **QBI or Qualified PTP items:** | **Column A** | **Column B** | **Column C** | **Column D** | **Column E** |
|---|---|---|---|---|---|
| Ordinary business income (loss) | 305,960 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalty income (loss) | | | | | |
| Section 1231 gain (loss) | 9,000 | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | 283,075 | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 1,040,077 | | | | |
| **Qualified property** | 2,062,975 | | | | |

**Other Information:**

QBI allocable to cooperative pmts received

W-2 wages allocable to qualified payments

Section 199A(g) deduction

**Section 199A REIT dividends**

Year Ending: December 31, 2025 **-***2708

RYERSON BROTHERS EXCAVATING LLC
2979 INDUSTRIAL PARKWAY
MUSKEGON, MI 49445

# Electing out of the Bonus Depreciation Allowance for 5-Year Property

The above named taxpayer elects out of the first-year bonus depreciation allowance under IRC Section 168(k)(7) for all eligible 5-year depreciable property placed in service during the tax year.

825152708 RYERSON BROTHERS EXCAVATING LLC 04/11/2026 6:55 PM
**-***2708
FYE: 12/31/2025

# Federal Asset Report
## Form 1120-S, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Section 179 Expense:** | | | | | | | | | | | | |
| 62 | JT10A DITCHWITCH | 3/01/2025 | 164,892 | | X | | N/A | 5 | MQ | 200DB | 0 | 164,892 |
| 79 | 2026 FORD F-350 | 12/17/2025 | 107,636 | | X | | N/A | 5 | MQ | 200DB | 0 | 107,636 |
| 81 | 2025 FORD F-150 | 12/19/2025 | 52,016 | | X | | N/A | 5 | MQ | 200DB | 0 | 42,000 |
| | | | 324,544 | | | | N/A | | | | 0 | 314,528 |
| **5-year GDS Property:** | | | | | | | | | | | | |
| 62 | JT10A DITCHWITCH | 3/01/2025 | N/A* | | X | | 0 | 5 | MQ | 200DB | 0 | 0 |
| 63 | 2018 FORD F150 | 3/24/2025 | 23,724 | | | | 23,724 | 5 | MQ | 200DB | 0 | 8,303 |
| 64 | TRAILER - HOLLAND TRAILER | 4/03/2025 | 4,682 | | | | 4,682 | 5 | MQ | 200DB | 0 | 1,170 |
| 65 | 2021 FORD F150 | 4/04/2025 | 23,502 | | | | 23,502 | 5 | MQ | 200DB | 0 | 5,875 |
| 66 | DEWATERING EQUIP | 4/10/2025 | 3,761 | | | | 3,761 | 5 | MQ | 200DB | 0 | 940 |
| 67 | COMPACTRO - WACKER PLATE | 5/06/2025 | 2,637 | | | | 2,637 | 5 | MQ | 200DB | 0 | 659 |
| 68 | 2025 TAKEUCHI TL8 R2CR | 7/15/2025 | 73,325 | | | | 73,325 | 5 | MQ | 200DB | 0 | 10,999 |
| 69 | MUELLER H603 ELECTRIC OPERATOF | 8/01/2025 | 7,829 | | | | 7,829 | 5 | MQ | 200DB | 0 | 1,174 |
| 70 | SHIPPING CONTAINER | 8/20/2025 | 3,293 | | | | 3,293 | 5 | MQ | 200DB | 0 | 494 |
| 71 | 20FT SHIPPING CONTAINER | 8/22/2025 | 2,674 | | | | 2,674 | 5 | MQ | 200DB | 0 | 401 |
| 72 | MUELLER D-5 MACHINE | 9/01/2025 | 4,748 | | | | 4,748 | 5 | MQ | 200DB | 0 | 712 |
| 73 | BLACK CL10V3-2 LIFT | 9/15/2025 | 8,628 | | | | 8,628 | 5 | MQ | 200DB | 0 | 1,294 |
| 74 | MUELLER 7/8 DRILL | 10/01/2025 | 714 | | | | 714 | 5 | MQ | 200DB | 0 | 36 |
| 75 | MUELLER B101 TAPPING MACHINE | 10/01/2025 | 4,664 | | | | 4,664 | 5 | MQ | 200DB | 0 | 233 |
| 76 | 2024 VERMEER PIERCING TOOL | 10/01/2025 | 6,047 | | | | 6,047 | 5 | MQ | 200DB | 0 | 302 |
| 77 | 40FT SHIPPING CONTAINER | 12/15/2025 | 3,040 | | | | 3,040 | 5 | MQ | 200DB | 0 | 152 |
| 78 | DITCHWITCH 2025 SU M17-PLUS | 12/15/2025 | 5,507 | | | | 5,507 | 5 | MQ | 200DB | 0 | 275 |
| 79 | 2026 FORD F-350 | 12/17/2025 | N/A* | | X | | 0 | 5 | MQ | 200DB | 0 | 0 |
| 80 | 2025 FORD F-250 | 12/17/2025 | 94,478 | | | | 94,478 | 5 | MQ | 200DB | 0 | 4,724 |
| 81 | 2025 FORD F-150 | 12/19/2025 | N/A* | | X | | 10,016 | 5 | MQ | 200DB | 0 | 501 |
| | | | 273,253 | | | | 283,269 | | | | 0 | 38,244 |
| **Prior MACRS:** | | | | | | | | | | | | |
| 2 | 2010 LOAD TRAIL 16' DUMP TRAILER | 6/01/2018 | 5,500 | | | X | 0 | 5 | HY | 200DB | 5,500 | 0 |
| 3 | 2010 UNITED 7' TRAILER | 6/01/2018 | 6,000 | | | X | 0 | 5 | HY | 200DB | 6,000 | 0 |
| 4 | 2000 TRAILBLAZER TRAILER | 6/01/2018 | 1,500 | | | X | 0 | 5 | HY | 200DB | 1,500 | 0 |
| 5 | DEWATERING EQUIP | 6/01/2018 | 1,000 | | | X | 0 | 5 | HY | 200DB | 1,000 | 0 |
| 6 | 2008 FORD F-350 TRUCK | 6/07/2018 | 14,993 | | | X | 0 | 5 | HY | 200DB | 14,993 | 0 |
| 7 | 2018 PJ 20' TRAILER | 6/25/2018 | 6,284 | | | X | 0 | 5 | HY | 200DB | 6,284 | 0 |
| 8 | TAKEUCHI TB260 | 9/24/2018 | 80,002 | | | X | 0 | 5 | HY | 200DB | 80,002 | 0 |
| 9 | 2011 FORD F-350 | 10/18/2018 | 25,422 | | | X | 0 | 5 | HY | 200DB | 25,422 | 0 |
| 11 | 2017 TAKEUCHI TL 8 TRACK LOADER | 3/28/2019 | 46,729 | | | X | 0 | 5 | HY | 200DB | 46,729 | 0 |
| | Sold/Scrapped: 7/15/2025 | | | | | | | | | | | |
| 12 | 2012 FORD F-250 XLT TRUCK | 4/11/2019 | 28,198 | | | X | 0 | 5 | HY | 200DB | 28,198 | 0 |
| 13 | 2019 RICE 22' EQUIPMENT TRAILER | 5/23/2019 | 7,858 | | | X | 0 | 5 | HY | 200DB | 7,858 | 0 |
| 14 | VOLVO EC160 EXCAVATOR | 5/01/2020 | 133,000 | | | | 133,000 | 5 | HY | 200DB | 125,339 | 7,661 |
| 15 | TAKEUCHI TL12 | 7/01/2020 | 84,233 | | X | | 0 | 5 | HY | 200DB | 84,233 | 0 |
| 16 | 2020 SURE-TRAC 18' TRAILER | 11/17/2020 | 8,254 | | | X | 0 | 3 | HY | 200DB | 8,254 | 0 |
| 20 | 2012 FREIGHTLINER DUMP | 4/21/2021 | 80,593 | | | | 80,593 | 5 | MQ | 200DB | 67,995 | 9,163 |
| 22 | 2005 14' ENCLOSED TRAILER | 3/24/2021 | 3,500 | | X | | 0 | 5 | MQ | 200DB | 3,500 | 0 |
| 23 | 2021 TAKEUCHI TB260 | 4/14/2021 | 85,018 | | X | | 75,018 | 5 | MQ | 200DB | 73,291 | 8,528 |
| 25 | CAT CV119 COMPACTOR | 12/01/2021 | 12,174 | | X | | 0 | 5 | MQ | 200DB | 12,174 | 0 |
| 26 | 924K MALL WHEEL LOADER | 12/01/2021 | 131,495 | | | | 131,495 | 5 | MQ | 200DB | 104,512 | 14,391 |
| 27 | SHOP BUILDING | 12/31/2021 | 21,814 | | | | 21,814 | 39 | MM | S/L | 1,701 | 560 |
| 28 | 2016 FORD F350 | 4/01/2022 | 41,984 | | | | 41,984 | 5 | HY | 200DB | 29,892 | 4,837 |
| 29 | SHOP BUILDING | 8/24/2022 | 279,429 | | | | 279,429 | 39 | MM | S/L | 17,017 | 7,164 |
| 30 | BETTER BUILT 100GAL FUEL TANK | 3/28/2022 | 1,071 | | | | 1,071 | 5 | HY | 200DB | 762 | 124 |
| 31 | HOBART IRONMAN 240 WELDER | 4/28/2022 | 1,961 | | | | 1,961 | 5 | HY | 200DB | 1,396 | 226 |
| 32 | STIHL TS420 CUTQUIK | 5/08/2022 | 1,272 | | | | 1,272 | 5 | HY | 200DB | 906 | 146 |
| 33 | HUSKY 72" TOOL CHEST | 5/20/2022 | 1,270 | | | X | 0 | 7 | HY | 200DB | 1,270 | 0 |
| 34 | RIGID 700 POWER HEAD | 7/13/2022 | 2,119 | | | | 2,119 | 5 | HY | 200DB | 1,509 | 244 |
| 35 | COMPACTOR | 10/12/2022 | 2,571 | | | | 2,571 | 5 | HY | 200DB | 1,830 | 296 |
| 36 | 78" V60 ROOT RAKE GRAPPLE | 4/19/2022 | 5,671 | | | | 5,671 | 5 | HY | 200DB | 4,038 | 653 |
| 37 | 2022 TAKEUCHI TL12R2 | 5/01/2022 | 92,570 | | X | | 72,622 | 5 | HY | 200DB | 71,655 | 8,366 |
| 38 | DIAMOND C TRAILER | 5/17/2022 | 15,511 | | | | 15,511 | 5 | HY | 200DB | 11,044 | 1,787 |
| 39 | LOAD TRAILER | 5/17/2022 | 10,375 | | | | 10,375 | 5 | HY | 200DB | 7,387 | 1,195 |
| 40 | MACBOOK PRO | 3/08/2023 | 1,218 | | X | X | 0 | 5 | HY | 200DB | 1,218 | 0 |
| 42 | MCLAUGHLIN VPT250 2" MOLE | 8/28/2023 | 5,830 | | X | X | 0 | 5 | HY | 200DB | 5,830 | 0 |
| 45 | FENCING | 2/07/2023 | 1,631 | | | X | 326 | 15 | HY | 150DB | 1,352 | 28 |

*Because this asset has 179 expense, its cost has been included in the Section 179 Property cost total

825152708 RYERSON BROTHERS EXCAVATING LLC 04/11/2026 6:55 PM
**-***2708

# Federal Asset Report

## Form 1120-S, Page 1

FYE: 12/31/2025

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | 83x14 DUMP TRAILER | 5/30/2023 | 12,404 | | X | X | 0 | 5 | HY | 200DB | 12,404 | 0 |
| 47 | 2023 TAKEUCHI TB250 | 5/24/2023 | 88,330 | | X | X | 0 | 5 | HY | 200DB | 88,330 | 0 |
| 48 | 2017 FORD F250 | 4/07/2023 | 33,429 | | X | X | 0 | 5 | HY | 200DB | 33,429 | 0 |
| 49 | 2017 HONDA RIDGELINE | 5/01/2023 | 28,335 | | X | X | 0 | 5 | HY | 200DB | 28,335 | 0 |
| 50 | MACBOOK | 6/04/2024 | 2,437 | | | | 2,437 | 5 | HY | 200DB | 487 | 780 |
| 51 | PIERCING TOOL | 7/26/2024 | 5,830 | | | | 5,830 | 5 | HY | 200DB | 1,166 | 1,866 |
| 52 | AIR COMPRESSOR | 8/05/2024 | 11,215 | | | | 11,215 | 5 | HY | 200DB | 2,243 | 3,589 |
| 53 | 2024 FORD F150 LIGHTNING | 6/06/2024 | 101,402 | | | | 101,402 | 5 | HY | 200DB | 20,280 | 32,449 |
| 54 | BACKHOE | 6/03/2024 | 30,000 | | | | 30,000 | 5 | HY | 200DB | 6,000 | 9,600 |
| 55 | 2010 FELLING EQUP TRAILER | 6/25/2024 | 15,965 | | | | 15,965 | 5 | HY | 200DB | 3,193 | 5,109 |
| 56 | 2024 SURE-TRAC TRAILER | 8/01/2024 | 2,221 | | | | 2,221 | 5 | HY | 200DB | 444 | 711 |
| 57 | MINI EXCAVATOR | 10/02/2024 | 98,379 | | | | 98,379 | 5 | HY | 200DB | 19,676 | 31,481 |
| 58 | HYDRO SEEDING EQUIP | 11/13/2024 | 2,576 | | | | 2,576 | 5 | HY | 200DB | 515 | 825 |
| 61 | ELECTRICAL | 7/11/2024 | 4,426 | | | | 4,426 | 15 | HY | S/L | 148 | 295 |
| | | | 1,684,999 | | | | 1,151,283 | | | | 1,078,241 | 152,074 |
| **Other Depreciation:** | | | | | | | | | | | | |
| 19 | LAND - 2979 INDUSTRIAL | 8/31/2021 | 35,354 | | | | 35,354 | 0 | -- | Land | 0 | 0 |
| | **Total Other Depreciation** | | 35,354 | | | | 35,354 | | | | 0 | 0 |
| | **Total ACRS and Other Depreciation** | | 35,354 | | | | 35,354 | | | | 0 | 0 |
| **Listed Property:** | | | | | | | | | | | | |
| 17 | 2011 FORD F-350 XLT | 5/01/2020 | 25,507 | | | | 25,507 | 5 | HY | 200DB | 24,037 | 1,470 |
| 21 | TRUCK | 6/09/2021 | 30,621 | | X | | 0 | 5 | MQ | 200DB | 30,621 | 0 |
| | | | 56,128 | | | | 25,507 | | | | 54,658 | 1,470 |
| **Amortization:** | | | | | | | | | | | | |
| 60 | CLOSING COSTS | 5/10/2024 | 180,028 | | | | 180,028 | 15 | MO | Amort | 8,001 | 12,002 |
| | | | 180,028 | | | | 180,028 | | | | 8,001 | 12,002 |
| | **Grand Totals** | | 2,554,306 | | | | 1,675,441 | | | | 1,140,900 | 518,318 |
| | **Less: Dispositions and Transfers** | | 46,729 | | | | 0 | | | | 46,729 | 0 |
| | **Less: Start-up/Org Expense** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Less: Domestic R & E Expense** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 2,507,577 | | | | 1,675,441 | | | | 1,094,171 | 518,318 |

825152708 RYERSON BROTHERS EXCAVATING LLC 04/11/2026 6:55 PM
**-***2708

# Bonus Depreciation Report

## Form 1120-S, Page 1

FYE: 12/31/2025

| Asset | Property Description | Date In Service | Tax Cost | Bus Pct | Tax Sec 179 Exp | Current Bonus | Prior Bonus | Tax - Basis for Depr |
|---|---|---|---|---|---|---|---|---|
| 2 | 2010 LOAD TRAIL 16' DUMP TRAILER | 6/01/2018 | 5,500 | | 0 | 0 | 5,500 | 0 |
| 3 | 2010 UNITED 7' TRAILER | 6/01/2018 | 6,000 | | 0 | 0 | 6,000 | 0 |
| 4 | 2000 TRAILBLAZER TRAILER | 6/01/2018 | 1,500 | | 0 | 0 | 1,500 | 0 |
| 5 | DEWATERING EQUIP | 6/01/2018 | 1,000 | | 0 | 0 | 1,000 | 0 |
| 6 | 2008 FORD F-350 TRUCK | 6/07/2018 | 14,993 | 100 | 0 | 0 | 14,993 | 0 |
| 7 | 2018 PJ 20' TRAILER | 6/25/2018 | 6,284 | | 0 | 0 | 6,284 | 0 |
| 8 | TAKEUCHI TB260 | 9/24/2018 | 80,002 | | 0 | 0 | 80,002 | 0 |
| 9 | 2011 FORD F-350 | 10/18/2018 | 25,422 | 100 | 0 | 0 | 25,422 | 0 |
| 11 | 2017 TAKEUCHI TL 8 TRACK LOADER | 3/28/2019 | 46,729 | | 0 | 0 | 46,729 | 0 |
| 12 | 2012 FORD F-250 XLT TRUCK | 4/11/2019 | 28,198 | | 0 | 0 | 28,198 | 0 |
| 13 | 2019 RICE 22' EQUIPMENT TRAILER | 5/23/2019 | 7,858 | | 0 | 0 | 7,858 | 0 |
| 16 | 2020 SURE-TRAC 18' TRAILER | 11/17/2020 | 8,254 | | 0 | 0 | 8,254 | 0 |
| 33 | HUSKY 72" TOOL CHEST | 5/20/2022 | 1,270 | | 0 | 0 | 1,270 | 0 |
| 40 | MACBOOK PRO | 3/08/2023 | 1,218 | | 1,218 | 0 | 0 | 0 |
| 42 | MCLAUGHLIN VPT250 2" MOLE | 8/28/2023 | 5,830 | | 5,830 | 0 | 0 | 0 |
| 45 | FENCING | 2/07/2023 | 1,631 | | 0 | 0 | 1,305 | 326 |
| 46 | 83x14 DUMP TRAILER | 5/30/2023 | 12,404 | | 12,404 | 0 | 0 | 0 |
| 47 | 2023 TAKEUCHI TB250 | 5/24/2023 | 88,330 | | 88,330 | 0 | 0 | 0 |
| 48 | 2017 FORD F250 | 4/07/2023 | 33,429 | | 33,429 | 0 | 0 | 0 |
| 49 | 2017 HONDA RIDGELINE | 5/01/2023 | 28,335 | | 28,335 | 0 | 0 | 0 |
| 61 | ELECTRICAL | 7/11/2024 | 4,426 | | 0 | 0 | 0 | 4,426 |
| | **Grand Total** | | 408,613 | | 0 | 0 | 234,315 | 4,752 |
| | **Less: Dispositions and Transfers** | | 46,729 | | 0 | 0 | 46,729 | 0 |
| | **Net Grand Total** | | 361,884 | | 0 | 0 | 187,586 | 4,752 |

825152708 RYERSON BROTHERS EXCAVATING LLC 04/11/2026 6:55 PM
**-***2708

FYE: 12/31/2025

# AMT Asset Report

## Form 1120-S, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Section 179 Expense:** | | | | | | | | | | | | |
| 62 | JT10A DITCHWITCH | 3/01/2025 | 164,892 | | X | | N/A | 5 | MQ | 200DB | 0 | 164,892 |
| 79 | 2026 FORD F-350 | 12/17/2025 | 107,636 | | X | | N/A | 5 | MQ | 200DB | 0 | 107,636 |
| 81 | 2025 FORD F-150 | 12/19/2025 | 52,016 | | X | | N/A | 5 | MQ | 200DB | 0 | 42,000 |
| | | | 324,544 | | | | N/A | | | | 0 | 314,528 |
| **5-year GDS Property:** | | | | | | | | | | | | |
| 62 | JT10A DITCHWITCH | 3/01/2025 | N/A* | | X | | 0 | 5 | MQ | 200DB | 0 | 0 |
| 63 | 2018 FORD F150 | 3/24/2025 | 23,724 | | | | 23,724 | 5 | MQ | 200DB | 0 | 8,303 |
| 64 | TRAILER - HOLLAND TRAILER | 4/03/2025 | 4,682 | | | | 4,682 | 5 | MQ | 200DB | 0 | 1,170 |
| 65 | 2021 FORD F150 | 4/04/2025 | 23,502 | | | | 23,502 | 5 | MQ | 200DB | 0 | 5,875 |
| 66 | DEWATERING EQUIP | 4/10/2025 | 3,761 | | | | 3,761 | 5 | MQ | 200DB | 0 | 940 |
| 67 | COMPACTRO - WACKER PLATE | 5/06/2025 | 2,637 | | | | 2,637 | 5 | MQ | 200DB | 0 | 659 |
| 68 | 2025 TAKEUCHI TL8 R2CR | 7/15/2025 | 73,325 | | | | 73,325 | 5 | MQ | 200DB | 0 | 10,999 |
| 69 | MUELLER H603 ELECTRIC OPERATOF | 8/01/2025 | 7,829 | | | | 7,829 | 5 | MQ | 200DB | 0 | 1,174 |
| 70 | SHIPPING CONTAINER | 8/20/2025 | 3,293 | | | | 3,293 | 5 | MQ | 200DB | 0 | 494 |
| 71 | 20FT SHIPPING CONTAINER | 8/22/2025 | 2,674 | | | | 2,674 | 5 | MQ | 200DB | 0 | 401 |
| 72 | MUELLER D-5 MACHINE | 9/01/2025 | 4,748 | | | | 4,748 | 5 | MQ | 200DB | 0 | 712 |
| 73 | BLACK CL10V3-2 LIFT | 9/15/2025 | 8,628 | | | | 8,628 | 5 | MQ | 200DB | 0 | 1,294 |
| 74 | MUELLER 7/8 DRILL | 10/01/2025 | 714 | | | | 714 | 5 | MQ | 200DB | 0 | 36 |
| 75 | MUELLER B101 TAPPING MACHINE | 10/01/2025 | 4,664 | | | | 4,664 | 5 | MQ | 200DB | 0 | 233 |
| 76 | 2024 VERMEER PIERCING TOOL | 10/01/2025 | 6,047 | | | | 6,047 | 5 | MQ | 200DB | 0 | 302 |
| 77 | 40FT SHIPPING CONTAINER | 12/15/2025 | 3,040 | | | | 3,040 | 5 | MQ | 200DB | 0 | 152 |
| 78 | DITCHWITCH 2025 SU M17-PLUS | 12/15/2025 | 5,507 | | | | 5,507 | 5 | MQ | 200DB | 0 | 275 |
| 79 | 2026 FORD F-350 | 12/17/2025 | N/A* | | X | | 0 | 5 | MQ | 200DB | 0 | 0 |
| 80 | 2025 FORD F-250 | 12/17/2025 | 94,478 | | | | 94,478 | 5 | MQ | 200DB | 0 | 4,724 |
| 81 | 2025 FORD F-150 | 12/19/2025 | N/A* | | X | | 10,016 | 5 | MQ | 200DB | 0 | 501 |
| | | | 273,253 | | | | 283,269 | | | | 0 | 38,244 |
| **Prior MACRS:** | | | | | | | | | | | | |
| 2 | 2010 LOAD TRAIL 16' DUMP TRAILER | 6/01/2018 | 5,500 | | | X | 0 | 5 | HY | 200DB | 5,500 | 0 |
| 3 | 2010 UNITED 7' TRAILER | 6/01/2018 | 6,000 | | | X | 0 | 5 | HY | 200DB | 6,000 | 0 |
| 4 | 2000 TRAILBLAZER TRAILER | 6/01/2018 | 1,500 | | | X | 0 | 5 | HY | 200DB | 1,500 | 0 |
| 5 | DEWATERING EQUIP | 6/01/2018 | 1,000 | | | X | 0 | 5 | HY | 200DB | 1,000 | 0 |
| 6 | 2008 FORD F-350 TRUCK | 6/07/2018 | 14,993 | | | X | 0 | 5 | HY | 200DB | 14,993 | 0 |
| 7 | 2018 PJ 20' TRAILER | 6/25/2018 | 6,284 | | | X | 0 | 5 | HY | 200DB | 6,284 | 0 |
| 8 | TAKEUCHI TB260 | 9/24/2018 | 80,002 | | | X | 0 | 5 | HY | 200DB | 80,002 | 0 |
| 9 | 2011 FORD F-350 | 10/18/2018 | 25,422 | | | X | 0 | 5 | HY | 200DB | 25,422 | 0 |
| 11 | 2017 TAKEUCHI TL 8 TRACK LOADER | 3/28/2019 | 46,729 | | | X | 0 | 5 | HY | 200DB | 46,729 | 0 |
| | Sold/Scrapped: 7/15/2025 | | | | | | | | | | | |
| 12 | 2012 FORD F-250 XLT TRUCK | 4/11/2019 | 28,198 | | | X | 0 | 5 | HY | 200DB | 28,198 | 0 |
| 13 | 2019 RICE 22' EQUIPMENT TRAILER | 5/23/2019 | 7,858 | | | X | 0 | 5 | HY | 200DB | 7,858 | 0 |
| 14 | VOLVO EC160 EXCAVATOR | 5/01/2020 | 133,000 | | | | 133,000 | 5 | HY | 200DB | 125,339 | 7,661 |
| 15 | TAKEUCHI TL12 | 7/01/2020 | 84,233 | | | | 84,233 | 5 | HY | 200DB | 79,381 | 4,852 |
| 16 | 2020 SURE-TRAC 18' TRAILER | 11/17/2020 | 8,254 | | | X | 0 | 3 | HY | 200DB | 8,254 | 0 |
| 20 | 2012 FREIGHTLINER DUMP | 4/21/2021 | 80,593 | | | | 80,593 | 5 | MQ | 200DB | 67,995 | 9,163 |
| 22 | 2005 14' ENCLOSED TRAILER | 3/24/2021 | 3,500 | | X | | 0 | 5 | MQ | 200DB | 3,500 | 0 |
| 23 | 2021 TAKEUCHI TB260 | 4/14/2021 | 85,018 | | X | | 75,018 | 5 | MQ | 200DB | 73,291 | 8,528 |
| 25 | CAT CV119 COMPACTOR | 12/01/2021 | 12,174 | | X | | 0 | 5 | MQ | 200DB | 12,174 | 0 |
| 26 | 924K MALL WHEEL LOADER | 12/01/2021 | 131,495 | | | | 131,495 | 5 | MQ | 200DB | 104,512 | 14,391 |
| 27 | SHOP BUILDING | 12/31/2021 | 21,814 | | | | 21,814 | 39 | MM | S/L | 1,701 | 560 |
| 28 | 2016 FORD F350 | 4/01/2022 | 41,984 | | | | 41,984 | 5 | HY | 200DB | 29,892 | 4,837 |
| 29 | SHOP BUILDING | 8/24/2022 | 279,429 | | | | 279,429 | 39 | MM | S/L | 17,017 | 7,164 |
| 30 | BETTER BUILT 100GAL FUEL TANK | 3/28/2022 | 1,071 | | | | 1,071 | 5 | HY | 200DB | 762 | 124 |
| 31 | HOBART IRONMAN 240 WELDER | 4/28/2022 | 1,961 | | | | 1,961 | 5 | HY | 200DB | 1,396 | 226 |
| 32 | STIHL TS420 CUTQUIK | 5/08/2022 | 1,272 | | | | 1,272 | 5 | HY | 200DB | 906 | 146 |
| 33 | HUSKY 72" TOOL CHEST | 5/20/2022 | 1,270 | | | X | 0 | 7 | HY | 200DB | 1,270 | 0 |
| 34 | RIGID 700 POWER HEAD | 7/13/2022 | 2,119 | | | | 2,119 | 5 | HY | 200DB | 1,509 | 244 |
| 35 | COMPACTOR | 10/12/2022 | 2,571 | | | | 2,571 | 5 | HY | 200DB | 1,830 | 296 |
| 36 | 78" V60 ROOT RAKE GRAPPLE | 4/19/2022 | 5,671 | | | | 5,671 | 5 | HY | 200DB | 4,038 | 653 |
| 37 | 2022 TAKEUCHI TL12R2 | 5/01/2022 | 92,570 | | | | 92,570 | 5 | HY | 200DB | 65,910 | 10,664 |
| 38 | DIAMOND C TRAILER | 5/17/2022 | 15,511 | | | | 15,511 | 5 | HY | 200DB | 11,044 | 1,787 |
| 39 | LOAD TRAILER | 5/17/2022 | 10,375 | | | | 10,375 | 5 | HY | 200DB | 7,387 | 1,195 |
| 40 | MACBOOK PRO | 3/08/2023 | 1,218 | | | X | 244 | 5 | HY | 200DB | 1,101 | 47 |
| 42 | MCLAUGHLIN VPT250 2" MOLE | 8/28/2023 | 5,830 | | | X | 1,166 | 5 | HY | 200DB | 5,270 | 224 |
| 45 | FENCING | 2/07/2023 | 1,631 | | | X | 326 | 15 | HY | 150DB | 1,352 | 28 |

*Because this asset has 179 expense, its cost has been included in the Section 179 Property cost total

825152708 RYERSON BROTHERS EXCAVATING LLC 04/11/2026 6:55 PM
**-***2708

# AMT Asset Report

FYE: 12/31/2025

## Form 1120-S, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | 83x14 DUMP TRAILER | 5/30/2023 | 12,404 | | | X | 2,481 | 5 | HY | 200DB | 11,213 | 476 |
| 47 | 2023 TAKEUCHI TB250 | 5/24/2023 | 88,330 | | | X | 17,666 | 5 | HY | 200DB | 79,850 | 3,392 |
| 48 | 2017 FORD F250 | 4/07/2023 | 33,429 | | | X | 6,685 | 5 | HY | 200DB | 30,220 | 1,284 |
| 49 | 2017 HONDA RIDGELINE | 5/01/2023 | 28,335 | | | X | 5,667 | 5 | HY | 200DB | 25,615 | 1,088 |
| 50 | MACBOOK | 6/04/2024 | 2,437 | | | | 2,437 | 5 | HY | 200DB | 487 | 780 |
| 51 | PIERCING TOOL | 7/26/2024 | 5,830 | | | | 5,830 | 5 | HY | 200DB | 1,166 | 1,866 |
| 52 | AIR COMPRESSOR | 8/05/2024 | 11,215 | | | | 11,215 | 5 | HY | 200DB | 2,243 | 3,589 |
| 53 | 2024 FORD F150 LIGHTNING | 6/06/2024 | 101,402 | | | | 101,402 | 5 | HY | 200DB | 20,280 | 32,449 |
| 54 | BACKHOE | 6/03/2024 | 30,000 | | | | 30,000 | 5 | HY | 200DB | 6,000 | 9,600 |
| 55 | 2010 FELLING EQUP TRAILER | 6/25/2024 | 15,965 | | | | 15,965 | 5 | HY | 200DB | 3,193 | 5,109 |
| 56 | 2024 SURE-TRAC TRAILER | 8/01/2024 | 2,221 | | | | 2,221 | 5 | HY | 200DB | 444 | 711 |
| 57 | MINI EXCAVATOR | 10/02/2024 | 98,379 | | | | 98,379 | 5 | HY | 200DB | 19,676 | 31,481 |
| 58 | HYDRO SEEDING EQUIP | 11/13/2024 | 2,576 | | | | 2,576 | 5 | HY | 200DB | 515 | 825 |
| 61 | ELECTRICAL | 7/11/2024 | 4,426 | | | | 4,426 | 15 | HY | S/L | 148 | 295 |
| | | | 1,684,999 | | | | 1,289,373 | | | | 1,051,367 | 165,735 |
| | **Other Depreciation:** | | | | | | | | | | | |
| 19 | LAND - 2979 INDUSTRIAL | 8/31/2021 | 0 | | | | 0 | 0 | HY | | 0 | 0 |
| | **Total Other Depreciation** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Total ACRS and Other Depreciation** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Listed Property:** | | | | | | | | | | | |
| 17 | 2011 FORD F-350 XLT | 5/01/2020 | 25,507 | | | | 25,507 | 5 | HY | 200DB | 24,037 | 1,470 |
| 21 | TRUCK | 6/09/2021 | 30,621 | | X | | 0 | 5 | MQ | 200DB | 30,621 | 0 |
| | | | 56,128 | | | | 25,507 | | | | 54,658 | 1,470 |
| | **Grand Totals** | | 2,338,924 | | | | 1,598,149 | | | | 1,106,025 | 519,977 |
| | **Less: Dispositions and Transfers** | | 46,729 | | | | 0 | | | | 46,729 | 0 |
| | **Net Grand Totals** | | 2,292,195 | | | | 1,598,149 | | | | 1,059,296 | 519,977 |

825152708 RYERSON BROTHERS EXCAVATING LLC 04/11/2026 6:55 PM
**-***2708

# Depreciation Adjustment Report

## All Business Activities

FYE: 12/31/2025

**MACRS Adjustments:**

| Form | Unit | Asset | Description | Tax | AMT | AMT Adjustments/ Preferences |
|---|---|---|---|---|---|---|
| Page 1 | 1 | 2 | 2010 LOAD TRAIL 16' DUMP TRAILER | 0 | 0 | 0 |
| Page 1 | 1 | 3 | 2010 UNITED 7' TRAILER | 0 | 0 | 0 |
| Page 1 | 1 | 4 | 2000 TRAILBLAZER TRAILER | 0 | 0 | 0 |
| Page 1 | 1 | 5 | DEWATERING EQUIP | 0 | 0 | 0 |
| Page 1 | 1 | 6 | 2008 FORD F-350 TRUCK | 0 | 0 | 0 |
| Page 1 | 1 | 7 | 2018 PJ 20' TRAILER | 0 | 0 | 0 |
| Page 1 | 1 | 8 | TAKEUCHI TB260 | 0 | 0 | 0 |
| Page 1 | 1 | 9 | 2011 FORD F-350 | 0 | 0 | 0 |
| Page 1 | 1 | 11 | 2017 TAKEUCHI TL 8 TRACK LOADER | 0 | 0 | 0 |
| Page 1 | 1 | 12 | 2012 FORD F-250 XLT TRUCK | 0 | 0 | 0 |
| Page 1 | 1 | 13 | 2019 RICE 22' EQUIPMENT TRAILER | 0 | 0 | 0 |
| Page 1 | 1 | 14 | VOLVO EC160 EXCAVATOR | 7,661 | 7,661 | 0 |
| Page 1 | 1 | 15 | TAKEUCHI TL12 | 0 | 4,852 | -4,852 |
| Page 1 | 1 | 16 | 2020 SURE-TRAC 18' TRAILER | 0 | 0 | 0 |
| Page 1 | 1 | 17 | 2011 FORD F-350 XLT | 1,470 | 1,470 | 0 |
| Page 1 | 1 | 20 | 2012 FREIGHTLINER DUMP | 9,163 | 9,163 | 0 |
| Page 1 | 1 | 21 | TRUCK | 0 | 0 | 0 |
| Page 1 | 1 | 22 | 2005 14' ENCLOSED TRAILER | 0 | 0 | 0 |
| Page 1 | 1 | 23 | 2021 TAKEUCHI TB260 | 8,528 | 8,528 | 0 |
| Page 1 | 1 | 25 | CAT CV119 COMPACTOR | 0 | 0 | 0 |
| Page 1 | 1 | 26 | 924K MALL WHEEL LOADER | 14,391 | 14,391 | 0 |
| Page 1 | 1 | 27 | SHOP BUILDING | 560 | 560 | 0 |
| Page 1 | 1 | 28 | 2016 FORD F350 | 4,837 | 4,837 | 0 |
| Page 1 | 1 | 29 | SHOP BUILDING | 7,164 | 7,164 | 0 |
| Page 1 | 1 | 30 | BETTER BUILT 100GAL FUEL TANK | 124 | 124 | 0 |
| Page 1 | 1 | 31 | HOBART IRONMAN 240 WELDER | 226 | 226 | 0 |
| Page 1 | 1 | 32 | STIHL TS420 CUTQUIK | 146 | 146 | 0 |
| Page 1 | 1 | 33 | HUSKY 72" TOOL CHEST | 0 | 0 | 0 |
| Page 1 | 1 | 34 | RIGID 700 POWER HEAD | 244 | 244 | 0 |
| Page 1 | 1 | 35 | COMPACTOR | 296 | 296 | 0 |
| Page 1 | 1 | 36 | 78" V60 ROOT RAKE GRAPPLE | 653 | 653 | 0 |
| Page 1 | 1 | 37 | 2022 TAKEUCHI TL12R2 | 8,366 | 10,664 | -2,298 |
| Page 1 | 1 | 38 | DIAMOND C TRAILER | 1,787 | 1,787 | 0 |
| Page 1 | 1 | 39 | LOAD TRAILER | 1,195 | 1,195 | 0 |
| Page 1 | 1 | 40 | MACBOOK PRO | 0 | 47 | -47 |
| Page 1 | 1 | 42 | MCLAUGHLIN VPT250 2" MOLE | 0 | 224 | -224 |
| Page 1 | 1 | 45 | FENCING | 28 | 28 | 0 |
| Page 1 | 1 | 46 | 83x14 DUMP TRAILER | 0 | 476 | -476 |
| Page 1 | 1 | 47 | 2023 TAKEUCHI TB250 | 0 | 3,392 | -3,392 |
| Page 1 | 1 | 48 | 2017 FORD F250 | 0 | 1,284 | -1,284 |
| Page 1 | 1 | 49 | 2017 HONDA RIDGELINE | 0 | 1,088 | -1,088 |
| Page 1 | 1 | 50 | MACBOOK | 780 | 780 | 0 |
| Page 1 | 1 | 51 | PIERCING TOOL | 1,866 | 1,866 | 0 |
| Page 1 | 1 | 52 | AIR COMPRESSOR | 3,589 | 3,589 | 0 |
| Page 1 | 1 | 53 | 2024 FORD F150 LIGHTNING | 32,449 | 32,449 | 0 |
| Page 1 | 1 | 54 | BACKHOE | 9,600 | 9,600 | 0 |
| Page 1 | 1 | 55 | 2010 FELLING EQUP TRAILER | 5,109 | 5,109 | 0 |
| Page 1 | 1 | 56 | 2024 SURE-TRAC TRAILER | 711 | 711 | 0 |
| Page 1 | 1 | 57 | MINI EXCAVATOR | 31,481 | 31,481 | 0 |
| Page 1 | 1 | 58 | HYDRO SEEDING EQUIP | 825 | 825 | 0 |
| Page 1 | 1 | 61 | ELECTRICAL | 295 | 295 | 0 |
| Page 1 | 1 | 62 | JT10A DITCHWITCH | 164,892 | 164,892 | 0 |
| Page 1 | 1 | 63 | 2018 FORD F150 | 8,303 | 8,303 | 0 |
| Page 1 | 1 | 64 | TRAILER - HOLLAND TRAILER | 1,170 | 1,170 | 0 |
| Page 1 | 1 | 65 | 2021 FORD F150 | 5,875 | 5,875 | 0 |
| Page 1 | 1 | 66 | DEWATERING EQUIP | 940 | 940 | 0 |
| Page 1 | 1 | 67 | COMPACTRO - WACKER PLATE | 659 | 659 | 0 |
| Page 1 | 1 | 68 | 2025 TAKEUCHI TL8 R2CR | 10,999 | 10,999 | 0 |
| Page 1 | 1 | 69 | MUELLER H603 ELECTRIC OPERATOR | 1,174 | 1,174 | 0 |
| Page 1 | 1 | 70 | SHIPPING CONTAINER | 494 | 494 | 0 |
| Page 1 | 1 | 71 | 20FT SHIPPING CONTAINER | 401 | 401 | 0 |
| Page 1 | 1 | 72 | MUELLER D-5 MACHINE | 712 | 712 | 0 |
| Page 1 | 1 | 73 | BLACK CL10V3-2 LIFT | 1,294 | 1,294 | 0 |
| Page 1 | 1 | 74 | MUELLER 7/8 DRILL | 36 | 36 | 0 |
| Page 1 | 1 | 75 | MUELLER B101 TAPPING MACHINE | 233 | 233 | 0 |
| Page 1 | 1 | 76 | 2024 VERMEER PIERCING TOOL | 302 | 302 | 0 |

825152708 RYERSON BROTHERS EXCAVATING LLC 04/11/2026 6:55 PM
**-***2708

# Depreciation Adjustment Report

FYE: 12/31/2025

## All Business Activities

| Form | Unit | Asset | Description | Tax | AMT | AMT Adjustments/ Preferences |
|---|---|---|---|---|---|---|
| Page 1 | 1 | 77 | 40FT SHIPPING CONTAINER | 152 | 152 | 0 |
| Page 1 | 1 | 78 | DITCHWITCH 2025 SU M17-PLUS | 275 | 275 | 0 |
| Page 1 | 1 | 79 | 2026 FORD F-350 | 107,636 | 107,636 | 0 |
| Page 1 | 1 | 80 | 2025 FORD F-250 | 4,724 | 4,724 | 0 |
| Page 1 | 1 | 81 | 2025 FORD F-150 | 42,501 | 42,501 | 0 |
| | | | | 506,316 | 519,977 | -13,661 |

825152708 RYERSON BROTHERS EXCAVATING LLC 04/11/2026 6:55 PM
**-***2708
# Future Depreciation Report FYE: 12/31/2026
FYE: 12/31/2025
## Form 1120-S, Page 1

**Prior MACRS:**

| Asset | Description | Date In Service | Cost | Tax | AMT |
|---|---|---|---|---|---|
| 2 | 2010 LOAD TRAIL 16' DUMP TRAILER | 6/01/2018 | 5,500 | 0 | 0 |
| 3 | 2010 UNITED 7' TRAILER | 6/01/2018 | 6,000 | 0 | 0 |
| 4 | 2000 TRAILBLAZER TRAILER | 6/01/2018 | 1,500 | 0 | 0 |
| 5 | DEWATERING EQUIP | 6/01/2018 | 1,000 | 0 | 0 |
| 6 | 2008 FORD F-350 TRUCK | 6/07/2018 | 14,993 | 0 | 0 |
| 7 | 2018 PJ 20' TRAILER | 6/25/2018 | 6,284 | 0 | 0 |
| 8 | TAKEUCHI TB260 | 9/24/2018 | 80,002 | 0 | 0 |
| 9 | 2011 FORD F-350 | 10/18/2018 | 25,422 | 0 | 0 |
| 12 | 2012 FORD F-250 XLT TRUCK | 4/11/2019 | 28,198 | 0 | 0 |
| 13 | 2019 RICE 22' EQUIPMENT TRAILER | 5/23/2019 | 7,858 | 0 | 0 |
| 14 | VOLVO EC160 EXCAVATOR | 5/01/2020 | 133,000 | 0 | 0 |
| 15 | TAKEUCHI TL12 | 7/01/2020 | 84,233 | 0 | 0 |
| 16 | 2020 SURE-TRAC 18' TRAILER | 11/17/2020 | 8,254 | 0 | 0 |
| 20 | 2012 FREIGHTLINER DUMP | 4/21/2021 | 80,593 | 3,435 | 3,435 |
| 22 | 2005 14' ENCLOSED TRAILER | 3/24/2021 | 3,500 | 0 | 0 |
| 23 | 2021 TAKEUCHI TB260 | 4/14/2021 | 85,018 | 3,199 | 3,199 |
| 25 | CAT CV119 COMPACTOR | 12/01/2021 | 12,174 | 0 | 0 |
| 26 | 924K MALL WHEEL LOADER | 12/01/2021 | 131,495 | 12,592 | 12,592 |
| 27 | SHOP BUILDING | 12/31/2021 | 21,814 | 559 | 559 |
| 28 | 2016 FORD F350 | 4/01/2022 | 41,984 | 4,836 | 4,836 |
| 29 | SHOP BUILDING | 8/24/2022 | 279,429 | 7,165 | 7,165 |
| 30 | BETTER BUILT 100GAL FUEL TANK | 3/28/2022 | 1,071 | 123 | 123 |
| 31 | HOBART IRONMAN 240 WELDER | 4/28/2022 | 1,961 | 226 | 226 |
| 32 | STIHL TS420 CUTQUIK | 5/08/2022 | 1,272 | 147 | 147 |
| 33 | HUSKY 72" TOOL CHEST | 5/20/2022 | 1,270 | 0 | 0 |
| 34 | RIGID 700 POWER HEAD | 7/13/2022 | 2,119 | 244 | 244 |
| 35 | COMPACTOR | 10/12/2022 | 2,571 | 296 | 296 |
| 36 | 78" V60 ROOT RAKE GRAPPLE | 4/19/2022 | 5,671 | 653 | 653 |
| 37 | 2022 TAKEUCHI TL12R2 | 5/01/2022 | 92,570 | 8,366 | 10,664 |
| 38 | DIAMOND C TRAILER | 5/17/2022 | 15,511 | 1,786 | 1,786 |
| 39 | LOAD TRAILER | 5/17/2022 | 10,375 | 1,195 | 1,195 |
| 40 | MACBOOK PRO | 3/08/2023 | 1,218 | 0 | 28 |
| 42 | MCLAUGHLIN VPT250 2" MOLE | 8/28/2023 | 5,830 | 0 | 135 |
| 45 | FENCING | 2/07/2023 | 1,631 | 25 | 25 |
| 46 | 83x14 DUMP TRAILER | 5/30/2023 | 12,404 | 0 | 286 |
| 47 | 2023 TAKEUCHI TB250 | 5/24/2023 | 88,330 | 0 | 2,035 |
| 48 | 2017 FORD F250 | 4/07/2023 | 33,429 | 0 | 770 |
| 49 | 2017 HONDA RIDGELINE | 5/01/2023 | 28,335 | 0 | 653 |
| 50 | MACBOOK | 6/04/2024 | 2,437 | 468 | 468 |
| 51 | PIERCING TOOL | 7/26/2024 | 5,830 | 1,119 | 1,119 |
| 52 | AIR COMPRESSOR | 8/05/2024 | 11,215 | 2,153 | 2,153 |
| 53 | 2024 FORD F150 LIGHTNING | 6/06/2024 | 101,402 | 19,469 | 19,469 |
| 54 | BACKHOE | 6/03/2024 | 30,000 | 5,760 | 5,760 |
| 55 | 2010 FELLING EQUP TRAILER | 6/25/2024 | 15,965 | 3,065 | 3,065 |
| 56 | 2024 SURE-TRAC TRAILER | 8/01/2024 | 2,221 | 426 | 426 |
| 57 | MINI EXCAVATOR | 10/02/2024 | 98,379 | 18,889 | 18,889 |
| 58 | HYDRO SEEDING EQUIP | 11/13/2024 | 2,576 | 494 | 494 |
| 61 | ELECTRICAL | 7/11/2024 | 4,426 | 295 | 295 |
| 62 | JT10A DITCHWITCH | 3/01/2025 | 164,892 | 0 | 0 |
| 63 | 2018 FORD F150 | 3/24/2025 | 23,724 | 6,169 | 6,169 |
| 64 | TRAILER - HOLLAND TRAILER | 4/03/2025 | 4,682 | 1,405 | 1,405 |
| 65 | 2021 FORD F150 | 4/04/2025 | 23,502 | 7,051 | 7,051 |
| 66 | DEWATERING EQUIP | 4/10/2025 | 3,761 | 1,128 | 1,128 |
| 67 | COMPACTRO - WACKER PLATE | 5/06/2025 | 2,637 | 791 | 791 |
| 68 | 2025 TAKEUCHI TL8 R2CR | 7/15/2025 | 73,325 | 24,930 | 24,930 |
| 69 | MUELLER H603 ELECTRIC OPERATOR | 8/01/2025 | 7,829 | 2,662 | 2,662 |
| 70 | SHIPPING CONTAINER | 8/20/2025 | 3,293 | 1,120 | 1,120 |
| 71 | 20FT SHIPPING CONTAINER | 8/22/2025 | 2,674 | 909 | 909 |
| 72 | MUELLER D-5 MACHINE | 9/01/2025 | 4,748 | 1,614 | 1,614 |
| 73 | BLACK CL10V3-2 LIFT | 9/15/2025 | 8,628 | 2,934 | 2,934 |
| 74 | MUELLER 7/8 DRILL | 10/01/2025 | 714 | 271 | 271 |
| 75 | MUELLER B101 TAPPING MACHINE | 10/01/2025 | 4,664 | 1,773 | 1,773 |
| 76 | 2024 VERMEER PIERCING TOOL | 10/01/2025 | 6,047 | 2,298 | 2,298 |
| 77 | 40FT SHIPPING CONTAINER | 12/15/2025 | 3,040 | 1,155 | 1,155 |
| 78 | DITCHWITCH 2025 SU M17-PLUS | 12/15/2025 | 5,507 | 2,093 | 2,093 |
| 79 | 2026 FORD F-350 | 12/17/2025 | 107,636 | 0 | 0 |
| 80 | 2025 FORD F-250 | 12/17/2025 | 94,478 | 35,902 | 35,902 |

825152708 RYERSON BROTHERS EXCAVATING LLC 04/11/2026 6:55 PM
**-***2708

# Future Depreciation Report FYE: 12/31/2026

FYE: 12/31/2025

## Form 1120-S, Page 1

| Asset | Description | Date In Service | Cost | Tax | AMT |
|---|---|---|---|---|---|
| 81 | 2025 FORD F-150 | 12/19/2025 | 52,016 | 3,806 | 3,806 |
| | | | 2,236,067 | 194,996 | 201,201 |
| | **Other Depreciation:** | | | | |
| 19 | LAND - 2979 INDUSTRIAL | 8/31/2021 | 35,354 | 0 | 0 |
| | **Total Other Depreciation** | | 35,354 | 0 | 0 |
| | **Total ACRS and Other Depreciation** | | 35,354 | 0 | 0 |
| | **Listed Property:** | | | | |
| 17 | 2011 FORD F-350 XLT | 5/01/2020 | 25,507 | 0 | 0 |
| 21 | TRUCK | 6/09/2021 | 30,621 | 0 | 0 |
| | | | 56,128 | 0 | 0 |
| | **Amortization:** | | | | |
| 60 | CLOSING COSTS | 5/10/2024 | 180,028 | 12,002 | 0 |
| | | | 180,028 | 12,002 | 0 |
| | **Grand Totals** | | 2,507,577 | 206,998 | 201,201 |

Form **1120-S**

# Schedule K-1 Summary Worksheet

**2025**

Name: RYERSON BROTHERS EXCAVATING LLC

Employer Identification Number: **-***2708

| | Shareholder Name | SSN/EIN |
|---|---|---|
| Column A | JON RYERSON | ***-**-9066 |
| Column B | LEE MARCUS | ***-**-4802 |
| Column C | | |
| Column D | | |

| Schedule K Items | Column A | Column B | Column C | Column D | Sch K Total |
|---|---|---|---|---|---|
| 1 Ordinary income | 33,996 | 305,960 | | | 339,956 |
| 2 Net rental RE inc | | | | | |
| 3c Net other rental inc | | | | | |
| 4 Interest income | | | | | |
| 5a Ordinary dividends | | | | | |
| 5b Qualified dividends | | | | | |
| 6 Royalties | | | | | |
| 7 Net ST capital gain | | | | | |
| 8a Net LT capital gain | | | | | |
| 8b Collectibles 28% gain | | | | | |
| 8c Unrecap Sec 1250 | | | | | |
| 9 Net Sec 1231 gain | 1,000 | 9,000 | | | 10,000 |
| 10 Other income (loss) | | | | | |
| 11 Sec 179 deduction | 31,453 | 283,075 | | | 314,528 |
| 12a-b Contributions | | | | | |
| 12c Invest interest exp | | | | | |
| 12d Sec 59(e)(2) exp | | | | | |
| 12e Other deductions | | | | | |
| 13a Low-inc house 42j5 | | | | | |
| 13b Low-inc house other | | | | | |
| 13c Qualif rehab exp | | | | | |
| 13d Rental RE credits | | | | | |
| 13e Other rental credits | | | | | |
| 13f Biofuel credit | | | | | |
| 13g Other credits | | | | | |
| 15a Depr adjustment | -1,366 | -12,295 | | | -13,661 |
| 15b Adjusted gain (loss) | | | | | |
| 15c Depletion | | | | | |
| 15d Inc-oil/gas/geoth | | | | | |
| 15e Ded-oil/gas/geoth | | | | | |
| 15f Other AMT items | | | | | |
| 16a Tax-exempt interest | | | | | |
| 16b Other tax-exempt | | | | | |
| 16c Nonded expense | 24 | 220 | | | 244 |
| 16d Distributions | | | | | |
| 16e Shr loan repmts | | | | | |
| 16f Foreign taxes | | | | | |
| 17a Investment income | | | | | |
| 17b Investment expense | | | | | |
| 18 Income (loss) | 3,543 | 31,885 | | | 35,428 |

**Fill in this information to identify the case:**

Debtor name Ryerson Brothers Excavating, LLC

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2026

*X* /s/ Lee Marcus
Signature of individual signing on behalf of debtor

Lee Marcus
Printed name

Member
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Ryerson Brothers Excavating, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Ally Bank<br>PO Box 380902<br>Minneapolis, MN 55438 | | 2026 Ford F-350 SRW<br>VIN No. 1FT8W3BT2TEC64290<br>Names on Title:<br>Good Condition<br>Insured by: ;<br>Expires: | | $77,041.09 | $54,000.00 | $23,041.09 |
| American Express<br>Attn: Bankruptcy Department<br>PO BOX 981535<br>El Paso, TX 79998-1535 | | Credit Services | | | | $33,787.25 |
| American Express<br>Attn: Bankruptcy Department<br>PO BOX 981535<br>El Paso, TX 79998-1535 | | Business Line of Credit | | | | $45,944.44 |
| American Express<br>Attn: Bankruptcy Department<br>PO BOX 981535<br>El Paso, TX 79998-1535 | | Credit Services | | | | $57,093.80 |
| Bell Bank<br>15490 101st Avenue North<br>Suite 200<br>Maple Grove, MN 55369 | | 2026 Vermeer D20x22III Directional Drill (Unit 06563) | | $215,198.91 | $160,000.00 | $55,198.91 |

Debtor Ryerson Brothers Excavating, LLC Case number *(if known)*
Name

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Chase Card Services<br>Attn: Bankruptcy Department<br>PO Box 15298<br>Wilmington, DE 19850 | | Credit Services | | | | $40,556.95 |
| Core & Main LP<br>PO Box 28330<br>Saint Louis, MO 63146 | | Vendor | | | | $172,814.33 |
| De Lage Landen Financial Serv<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | | 2026 Vermeer D20x22S3 Drill Package: Drill, MX150 Mixer, TK500 Carrier, B&B 12T Trailer, DCI F2 Locator<br>VIN No. 1VRA170VTT1007237 (Drill) | | $303,822.52 | $205,000.00 | $98,822.52 |
| De Lage Landen Financial Serv<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | | 2026 Vermeer D20x22 S3 Directional Drill<br>VIN No. 1VRA170VJT1006643 | | $205,378.92 | $160,000.00 | $45,378.92 |
| De Lage Landen Financial Serv<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | | 2024 Vermeer D10x15S3 Drill Package: Drill, MX125 Mixer, Behncke 10T Trailer | | $134,341.92 | $110,000.00 | $24,341.92 |
| Etna Supplies<br>PO Box 772107<br>Detroit, MI 48277 | | Vendor | | | | $88,509.72 |
| Ford Credit<br>PO Box 220564<br>Pittsburgh, PA 15257-2564 | | 2026 Ford F-350 DRW Dump Truck<br>VIN No. 1FD8W3HT4TEC16454<br>Names on Title:<br>Good Condition<br>Insured by: ;<br>Expires: | | $90,712.07 | $70,000.00 | $20,712.07 |
| Mercury Broadband<br>6329 Glenwood Street<br>Suite 200<br>Mission, KS 66202 | | | | | | $100,000.00 |

Debtor Ryerson Brothers Excavating, LLC
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Misze Sand Mine<br>5148 W.<br>Riley-Thompson<br>Road<br>Whitehall, MI 49461 | | Vendor | | | | $30,735.75 |
| Old National Bank<br>161 Monroe Avenue<br>NW<br>Grand Rapids, MI<br>49503 | | All business assets, including equipment, machinery, vehicles, inventory, accounts receivable, deposit accounts, fixtures, general intangibles, and al | | $349,770.32 | $0.00 | $349,770.32 |
| Old National<br>Bank/SBA<br>161 Monroe Avenue<br>NE<br>Grand Rapids, MI<br>49503 | | Nationwide Life Insurance Policy No. 4390 upon the life of Lee Marcus Term Life Insurance Policy - No Cash Value. | | $1,735,606.31 | $0.00 | $1,735,606.31 |
| OnDeck Capital, Inc<br>1400 Broadway 25th<br>Fl<br>New York, NY<br>10018-5225 | | Blanket lien on all assets of the Debtor, including accounts receivable, equipment, inventory, general intangibles, and proceeds, pursuant to the appl | | $416,883.35 | $0.00 | $416,883.35 |
| Vox Funding, LLC<br>100 Park Avenue<br>30th Floor<br>New York, NY 10017 | | Blanket lien on business assets, including accounts receivable, equipment, inventory, deposit accounts, fixtures, general intangibles, and proceeds | | $255,115.37 | $0.00 | $255,115.37 |
| Wells Fargo<br>PO Box 6412<br>Carol Stream, IL<br>60197 | | 2026 Vermeer D20x22III Drill, Unit 06644 | | $198,878.32 | $150,000.00 | $48,878.32 |
| Wesco<br>1460 Whitehall Rd.<br>Muskegon, MI 49445 | | Vendor | | | | $34,391.18 |

**Fill in this information to identify the case:**

Debtor name: Ryerson Brothers Excavating, LLC

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known): ______

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*.... | $ | 375,000.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*.... | $ | 2,280,381.52 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*.... | $ | 2,655,381.52 |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.... | $ | 4,949,663.79 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*.... | $ | 0.00 |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.... | +$ | 766,600.07 |
| 4. **Total liabilities** .... Lines 2 + 3a + 3b | $ | 5,716,263.86 |

**Fill in this information to identify the case:**

Debtor name: Ryerson Brothers Excavating, LLC

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known): ____________

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 2. | **Cash on hand** | | | $15,000.00 |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*<br>Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | Shelby State Bank Account No. 5958 Opened 09/23/2026 - Operating Account Names on Account: Ryerson Brothers Excavating, LLC | Checking | 5958 | $147,359.74 |
| 3.2. | Lake Michigan Credit Union Account No. 1170-01 **Negative on Petition Date. | Checking | 7001 | $0.00 |
| 3.3. | Lake Michigan Credit Union Account No. 1170-00 | Savings | 7000 | $17.35 |
| 3.4. | Old National Bank Account No. 3198 **Negative on Petition Date. | Checking | 3198 | $0.00 |
| 4. | **Other cash equivalents** *(Identify all)* | | | |
| 4.1. | Eight (8) prepaid Visa cards issued to employees for the purchase of job-related materials, supplies, and other necessary business expenses. | | | $3,024.15 |

Debtor Ryerson Brothers Excavating, LLC Case number *(If known)*
Name

5. **Total of Part 1.** $165,401.24
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1. Funds held by Intuit QuickBooks for payment of payroll tax obligations. $500.00

8.2. Prepaid Extended Warranty On Vermeer Equipment $16,941.00

9. **Total of Part 2.** $17,441.00
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 297,536.28 | - | 0.00 | = .... | $297,536.28 |
| 11b. Over 90 days old: | 311,826.15 | - | 311,826.15 | =.... | $0.00 |

12. **Total of Part 3.** $297,536.28
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

Debtor Ryerson Brothers Excavating, LLC Case number *(If known)*
Name

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Spare parts and stockpiled recycled crushed concrete (21AA), crushed asphalt, and screened topsoil located at the Debtor's yard. | | $0.00 | N/A | $5,000.00 |

23. **Total of Part 5.** $5,000.00
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Office Furniture (5 desks, office chairs, computers, printers). | $0.00 | N/A | $5,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

Debtor Ryerson Brothers Excavating, LLC Case number *(If known)*
Name

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. $5,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. See attached Exhibit A for list of vehicles with VIN, lender, balance owed, estimated value, and intention to surrender or retain.<br><br>**Prior to filing its bankruptcy, Debtor returned certain secured collateral from its fiber optics division. However, to the best of Debtor's knowledge, none of the collateral has been sold by the secured parties. Accordingly, all vehicles, including vehicles currently in possession of the lender, are included on Exhibit A. Vehicles returned to secured parties are highlighted in red. | $0.00 | N/A | $795,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Debtor Ryerson Brothers Excavating, LLC Case number *(If known)*
Name

| | | | |
|---|---|---|---|
| See attached Exhibit A for list of equipment with VIN, lender, balance owed, estimated value, and intention to surrender or retain.<br><br>**Prior to filing its bankruptcy, Debtor returned certain secured collateral from its fiber optics division. However, to the best of Debtor's knowledge, none of the collateral has been sold by the secured parties. Accordingly, all equipment, including equipment currently in possession of the lender, are included Exhibit A. Equipment returned to secured parties prior to filing are highlighted in red. | $0.00 | N/A | $981,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87. $1,776,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | Real Property Address: 2917 Industrial Parkway, Muskegon, MI 49445 (VL) Names on Deed: Ryerson Brothers Excavating, LLC Parcel No.: 61-07-635-000-0016-0 0 SEV*2= $29,600.00 Insured by: Frankenmuth Insurance Company; Expires: 03/08/2027 Appraised Jointly with 2979 Industrial Parkway for $375,000.00 (20% allocated to this vacant lot) | Fee Simple | $0.00 | Liquidation | $75,000.00 |
| 55.2. | Real Property Address: 2979 Industrial Parkway, Muskegon, MI 49445 Names on Deed: Ryerson Brothers Excavating, LLC Parcel No.: 61-07-635-000-0017-0 0 SEV*2= $139,600.00 Insured by: Frankenmuth Insurance Company; Expires: 03/08/2027 Appraised jointly with vacant lot for $375,000.00 (80% allocated to this parcel) | Fee Simple | $0.00 | | $300,000.00 |

56. **Total of Part 9.** $375,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

Debtor Ryerson Brothers Excavating, LLC Case number *(If known)*
Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites**<br>Domains in Debtor's Name:<br>ryersonbros.com, ryersonbrothersexcavating.com, ryersonutilities.com | $1.00 | N/A | $1.00 |
| 62. | **Licenses, franchises, and royalties**<br>Michigan Builder's License – 262000873 | $1.00 | Liquidation | $1.00 |
| | Michigan Department of Transportation (MDOT) Contractor Prequalification - 02389 | $1.00 | Liquidation | $1.00 |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property**<br>Nationwide Life Insurance Policy No. 4390 upon the life of Lee Marcus<br>Term Life Insurance Policy - No Cash Value. | $0.00 | Liquidation | $0.00 |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.** $3.00

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Debtor Ryerson Brothers Excavating, LLC
Name

Case number *(If known)*

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| Michigan MIWISH Grant Program for fiscal year 2027. Approved for $5,000.00 grant on October 29, 2026. Waiting for formal contract for signature. | $5,000.00 |
| Insurance Claim for stolen Horizon 22' Trailer (see Statement of Financial Affairs # 10) | $9,000.00 |

78. **Total of Part 11.** $14,000.00

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor Ryerson Brothers Excavating, LLC
Name

Case number *(If known)*

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $165,401.24 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $17,441.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $297,536.28 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $5,000.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,776,000.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | $375,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $14,000.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $2,280,381.52 | + 91b. $375,000.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,655,381.52 |

# Equipment List For Filing - Keep Surrender And Pickup Status (11-19-26)

Ryerson Brothers Excavating LLC · Prepared November 19, 2026

Picked Up | To Be Picked Up | Stolen | In Lee's Name

| Unit / Description | VIN / Serial | Lender | Balance Owed | Value | Keep / Surrender | Status | Location | Notes |
|---|---|---|---|---|---|---|---|---|
| **Ford F-150 Lightning 2024 (Lee's)** | 1FT6W7L71RWG17606 | Ford Credit acct 7606 | $57,274.86 | $45,000.00 | Keep | **In Lee's Name** | | Loan is in Lee's name; carried on Ryerson's books. |
| **Ford F-150 Lightning (driven by John)** | 1FTVW3LK7RWG28683 | Ford Credit lease | | | Keep | **In Lee's Name** | | Lease is in Lee's name; John drives it. $432.32/month; $47,824 residual. |
| **Ford F-250 2025 XLT (Ally)** | 1FT7W2BT8SED49252 | Ally | $68,903.30 | $52,000.00 | Surrender | **Picked Up** | Muskegon, MI | Heather/live sheet confirmed picked up. |
| **Ford F-350 2026 (Ally)** | 1FT8W3BT2TEC64290 | Ally | $78,630.46 | $63,000.00 | Keep | **Kept** | | |
| **Ford F-350 Dump Truck 2026** | 1FD8W3HT4TEC16454 | Ford Credit | $92,727.45 | $73,000.00 | Keep | **Kept** | | |
| **Ford F-150 2018 + 2021 (one loan)** | 1FTEW1EG1JFE06156 / 1FTFX1E54MKD85573 | Team Financial | $32,123.17 | $36,000.00 | Keep | **Kept** | | Two trucks on one loan. |
| **Ford F-150 2025 - U5** | 1FTMF1LP8SKF66753 | Ford Credit | $45,080.29 | $33,000.00 | Surrender | **Picked Up** | Muskegon, MI | Heather/live sheet confirmed picked up. |
| **Ford F-350 2026 - U1** | 1FT8W3DT0TEC88777 | Ford Credit | $73,038.71 | $63,000.00 | Surrender | **To Be Picked Up** | Brooksville, FL | Still on location per Heather's 11/18 update. |
| **Ford F-450 2026 - U2** | 1FT8W4DT7TEC23236 | Ford Credit | $72,721.37 | $68,000.00 | Surrender | **To Be Picked Up** | Farmington, NY | Still on location per Heather's 11/18 update. |
| **Ford F-250 2025 - U3** | 1FT7W2BT0SEC49355 | Ford Credit | $62,237.42 | $50,000.00 | Keep | **Kept** | | |
| **Ford F-250 2026 - U4** | 1FT8W2BT5TED65480 | Ford Credit | $65,309.60 | $54,000.00 | Surrender | **To Be Picked Up** | Brooksville, FL | Still on location per Heather's 11/18 update. |
| **Ford F-250 2026 - U6** | 1FT8W2BM7TED54148 | Ford Credit | $68,672.82 | $54,000.00 | Keep | **Kept** | | |
| **Ford F-250 2026 - U7** | 1FT8W2BT8TEC18635 | Ford Credit | $67,005.12 | $54,000.00 | Surrender | **To Be Picked Up** | Farmington, NY | Pickup scheduled 11/17 after 5:30 PM; completion not confirmed. |
| **Ford F-350 2026 - U8** | 1FT8W3DT7TEC85665 | Ford Credit | $74,052.49 | $63,000.00 | Surrender | **Picked Up** | Muskegon, MI | Heather/live sheet confirmed picked up. |

## Equipment List For Filing - Keep Surrender And Pickup Status (11-19-26) — Continued

| Unit / Description | VIN / Serial | Lender | Balance Owed | Value | Keep / Surrender | Status | Location | Notes |
|---|---|---|---|---|---|---|---|---|
| **Ford F-150 2023 - U9** | 1FTFW1E87PFA34392 | Huntington | $39,660.50 | $29,000.00 | Surrender | **Picked Up** | Muskegon, MI | Heather/live sheet confirmed picked up. |
| **Ford F-150 2023 - U10** | 1FTFW1E81PKF96960 | Huntington | $40,895.66 | $29,000.00 | Surrender | **Picked Up** | Muskegon, MI | Heather/live sheet confirmed picked up. |
| **Ford F-150 2023 - U11** | 1FTFW1E86PKD85057 | Huntington | $38,622.32 | $29,000.00 | Surrender | **Picked Up** | Muskegon, MI | Heather/live sheet confirmed picked up. |
| **Takeuchi TB260 Mini Excavator** | 126109177 | Oakmont Capital | $57,241.60 | $57,000.00 | Keep | **Kept** | | Value raised from $50,000 to $57,000 to match the approximate amount owed. |
| **Takeuchi TL8 Track Loader** | 408010223 | Financial Pacific / Solifi | $48,325.56 | $52,000.00 | Keep | **Kept** | | |
| **Vermeer 20x22 Drill Package (June 2026)** | 1VRA170VTT1007237 | DLL | $312,758.21 | $190,000.00 | Keep | **Kept** | | Includes drill support package. |
| **Ditch Witch JT10A Drill** | Serial not in source sheet | SoFi | $104,965.37 | $105,000.00 | Keep | **Kept** | | |
| **Vermeer 20x22 Drill - 06563** | 1VRA170VCT1006563 | Bell Bank | $205,596.91 | $150,000.00 | Surrender | **Picked Up** | Vermeer Marne, MI | Delivered to Vermeer Marne for Bell Bank. |
| **Vermeer 20x22 Drill - 06643** | 1VRA170VJT1006643 | DLL | $212,129.88 | $150,000.00 | Surrender | **To Be Picked Up** | Naples, FL | Lee 11/19: surrendering - bare drill, not the complete package (was Keep). |
| **Vermeer 20x22 Drill - 06644** | 1VRA170VCT1006644 | Wells Fargo | $186,574.24 | $150,000.00 | Surrender | **To Be Picked Up** | Brooksville, FL | Still on location per Heather's 11/18 update. |
| **Vermeer 10x15 Drill Package** | 1VRA130VAR1003277 | DLL | $138,638.46 | $100,000.00 | Keep | **Kept** | | Includes mixer and trailer. |
| **Horizon 22' Trailer - Michigan** | 3H7BU2228TR011809 | Western Equipment Finance | $11,019.36 | $9,000.00 | Surrender | **Picked Up** | Muskegon, MI | Picked up 11/18 per Heather's live-sheet update. |
| **Horizon 22' Trailer - Florida (stolen)** | 3H7BU2224TR011810 | Western Equipment Finance | $11,019.36 | $9,000.00 | Surrender | **Stolen** | Naples, FL | Austin confirmed stolen 11/18; VIN confirmed by Lee 11/19. Police report #26-527542; insurance claim filed. |
| **Horizon 22' Trailer - Florida (remaining)** | 3H7BU2228TR011812 | Western Equipment Finance | $11,019.36 | $9,000.00 | Surrender | **To Be Picked Up** | With Austin (FL) | With Austin per Lee 11/19; still to be picked up. |
| **TOTAL - ALL EQUIPMENT** | | | **$2,276,243.85** | **$1,776,000.00** | | | | |
| **TOTAL - KEEP** | | | **$1,053,595.38** | **$825,000.00** | | | | |
| **TOTAL - SURRENDER** | | | **$1,222,648.47** | **$951,000.00** | | | | |

**Sources:** live “Keep Or Surrender” sheet read 11/19/26; Heather’s pickup edits through 11/18/26; equipment contract archive; Lee’s 11/19 Oakmont instruction. Balances are the live sheet’s QB 9/22 snapshot except Oakmont ($57,241.60). Lee’s 11/19 updates: stolen trailer VIN, 06643 to Surrender.

**Fill in this information to identify the case:**

Debtor name: Ryerson Brothers Excavating, LLC

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known):

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1** Ally Bank
Creditor's Name

PO Box 380902
Minneapolis, MN 55438
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
12/17/2025

**Last 4 digits of account number**
1765

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2026 Ford F-350 SRW
VIN No. 1FT8W3BT2TEC64290
Names on Title:
Good Condition
Insured by: ; Expires:

**Describe the lien**
Secured Interest in Vehicle

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $77,041.09
Column B: $54,000.00

---

**2.2** Ally Bank
Creditor's Name

PO Box 380902
Minneapolis, MN 55438
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
1761

**Describe debtor's property that is subject to a lien**
2025 Ford F-250 XLT
VIN No. 1FT7W2BT8SED49252

**Describe the lien**
Secured Interest in Vehicle

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: $68,565.87
Column B: $49,000.00

Debtor Ryerson Brothers Excavating, LLC Case number (if known)
Name

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 Bell Bank
Creditor's Name
15490 101st Avenue North
Suite 200
Maple Grove, MN 55369
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
1/26/2026
**Last 4 digits of account number**
4823

**Describe debtor's property that is subject to a lien**
2026 Vermeer D20x22III Directional Drill (Unit 06563)

$215,198.91 $160,000.00

**Describe the lien**
Secured Interest in Equipment
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 De Lage Landen Financial Serv
Creditor's Name
1111 Old Eagle School Road
Wayne, PA 19087
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
06/04/2026
**Last 4 digits of account number**
1781

**Describe debtor's property that is subject to a lien**
2026 Vermeer D20x22S3 Drill Package: Drill, MX150 Mixer, TK500 Carrier, B&B 12T Trailer, DCI F2 Locator
VIN No. 1VRA170VTT1007237 (Drill)

$303,822.52 $205,000.00

**Describe the lien**
Secured Interest on Equipment
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.5 De Lage Landen Financial Serv
Creditor's Name
1111 Old Eagle School Road
Wayne, PA 19087

**Describe debtor's property that is subject to a lien**
2026 Vermeer D20x22 S3 Directional Drill
VIN No. 1VRA170VJT1006643

$205,378.92 $160,000.00

Debtor Ryerson Brothers Excavating, LLC
Name

Case number (if known)

Creditor's mailing address

**Describe the lien**
Secured Interest in Equipment

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
02/05/2026

**Last 4 digits of account number**
1262

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 De Lage Landen Financial Serv
Creditor's Name

1111 Old Eagle School Road
Wayne, PA 19087
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2024 Vermeer D10x15S3 Drill Package: Drill, MX125 Mixer, Behncke 10T Trailer

$134,341.92 $110,000.00

**Describe the lien**
Secured Interest in Equipment

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
02/18/2026

**Last 4 digits of account number**
4045

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7 Financial Pacific/Solifi
Creditor's Name

Attn: Bankruptcy Department
3455 South 344 Way, Suite 300
Federal Way, WA 98001
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2025 Takeuchi TL8R2CR Track Loader
Serial No. 408010223
Good Condition
No Title
Insured by: ; Expires:

$48,467.70 $45,000.00

**Describe the lien**
Secured Interest on Equipment

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
07/23/2025

**Last 4 digits of account number**
7002

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor Ryerson Brothers Excavating, LLC
Name

Case number (if known)

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.8 Ford Credit
Creditor's Name

PO Box 220564
Pittsburgh, PA 15257-2564
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
03/20/2026
**Last 4 digits of account number**
6454
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2026 Ford F-350 DRW Dump Truck
VIN No. 1FD8W3HT4TEC16454
Names on Title:
Good Condition
Insured by: ; Expires:

$90,712.07 $70,000.00

**Describe the lien**
Secured Interest in Vehicle
**Is the creditor an insider or related party?**
☐ No
■ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.9 Ford Credit
Creditor's Name

PO Box 220564
Pittsburgh, PA 15257-2564
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
02/06/2026
**Last 4 digits of account number**
9355
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2025 Ford F-250 XL Crew Cab
VIN No. 1FT7W2BT0SEC49355

$60,974.13 $48,000.00

**Describe the lien**
Secured Interest in Vehicle
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.10 Ford Credit

**Describe debtor's property that is subject to a lien**

$66,858.31 $50,000.00

Debtor Ryerson Brothers Excavating, LLC
Name

Case number (if known)

Creditor's Name

PO Box 220564
Pittsburgh, PA 15257-2564
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
02/10/2026
**Last 4 digits of account number**
4148
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

2026 Ford F-250 SRW
VIN No. 1FT8W2BM7TED54148
Names on Title:
Good Condition
Insured by: ; Expires:

**Describe the lien**
Secured Interest in Vehicle
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.11 Ford Credit
Creditor's Name

PO Box 220564
Pittsburgh, PA 15257-2564
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2025 Ford F-150 XL
VIN No. 1FTMF1LP8SKF66753

$43,346.43 $33,000.00

**Describe the lien**
Security Interest in Vehicle
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.12 Ford Credit
Creditor's Name

PO Box 220564
Pittsburgh, PA 15257-2564
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
2026 Ford F-250
VIN No. 1FT8W2BT8TEC18635

$65,232.94 $50,000.00

**Describe the lien**
Securty Interest in Vehicle
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

Debtor Ryerson Brothers Excavating, LLC
Name

Case number (if known)

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.13 Ford Credit
Creditor's Name

PO Box 220564
Pittsburgh, PA 15257-2564
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2026 Ford F-350 DRW
VIN No. 1FT8W3DT0TEC88777

$71,162.40 $55,000.00

**Describe the lien**
Security Interest in Vehicle

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.14 Ford Credit
Creditor's Name

PO Box 220564
Pittsburgh, PA 15257-2564
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2026 Ford F-350 DRW
VIN No. 1FT8W3DT7TEC85665

$72,095.82 $55,000.00

**Describe the lien**
Security Interest in Vehicle

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.15 Ford Credit

**Describe debtor's property that is subject to a lien**

$70,635.31 $62,000.00

Debtor Ryerson Brothers Excavating, LLC
Name

Case number (if known)

Creditor's Name

PO Box 220564
Pittsburgh, PA 15257-2564
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

2026 Ford-450
VIN No. 1FT8W4DT7TEC23236

**Describe the lien**
Security Interest in Vehicle

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.16 Ford Credit
Creditor's Name

PO Box 220564
Pittsburgh, PA 15257-2564
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Ford F-250
VIN No. 1FT8W2BT5TED65480

$62,791.79 $54,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.17 Huntington National Bank
Creditor's Name

PO BOX 1558
Columbus, OH 43216
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
2023 Ford F-150
VIN No. 1FTFW1E86PKD85057

$37,906.08 $31,000.00

**Describe the lien**
Security Interest in Vehicle

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor Ryerson Brothers Excavating, LLC
Name

Case number (if known)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.18 Huntington National Bank
Creditor's Name

PO BOX 1558
Columbus, OH 43216
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
2023 Ford F-150
VIN No. 1FTFW1E87PFA34392

$38,925.00 $30,000.00

**Describe the lien**
Security Interest in Vehicle

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.19 Huntington National Bank
Creditor's Name

PO BOX 1558
Columbus, OH 43216
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
2023 F-150
VIN 1FTFW1E81PKF96960

$40,137.26 $29,000.00

**Describe the lien**
Vehicle Lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.20 Oakmont Capital Holdings, LLC

**Describe debtor's property that is subject to a lien**

$57,241.60 $57,000.00

Debtor Ryerson Brothers Excavating, LLC
Name

Case number (if known)

Creditor's Name

600 Willowbrook Lane
Suite 601
West Chester, PA 19382
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
09/27/2024
**Last 4 digits of account number**
6001
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

2024 Takeuchi TB260 Mini Excavator
Serial No. 126109177
Good Condition
No Title
Insured by: ; Expires:

**Describe the lien**
Secured Interest on Equipment
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.21 Old National Bank
Creditor's Name

161 Monroe Avenue NW
Grand Rapids, MI 49503
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
05/13/2024
**Last 4 digits of account number**
7772
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All business assets, including equipment, machinery, vehicles, inventory, accounts receivable, deposit accounts, fixtures, general intangibles, and all proceeds thereof.

$349,770.32 $0.00

**Describe the lien**
Mortgage and UCC Lien
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.22 Old National Bank/SBA
Creditor's Name

161 Monroe Avenue NE
Grand Rapids, MI 49503
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
Nationwide Life Insurance Policy No. 4390 upon the life of Lee Marcus
Term Life Insurance Policy - No Cash Value.

$1,735,606.31 $0.00

**Describe the lien**
Mortgage and UCC Lien
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

Debtor Ryerson Brothers Excavating, LLC Case number (if known)
Name

**Date debt was incurred**
05/10/2024
**Last 4 digits of account number**
8462

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.23 OnDeck Capital, Inc
Creditor's Name

1400 Broadway 25th Fl
New York, NY 10018-5225
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
Blanket lien on all assets of the Debtor, including accounts receivable, equipment, inventory, general intangibles, and proceeds, pursuant to the applicable security agreement.

$416,883.35 $0.00

**Describe the lien**
UCC Blanket Lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
1/30/26
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.24 Sofi Bank
Creditor's Name

2750 E. Cottonwood Parkway
Suite 300
Salt Lake City, UT 84121
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
Ditch Witch JT10A Directional Drill
Good Condition
No Title
Insured by: ; Expires:

$98,248.38 $105,000.00

**Describe the lien**
Secured Interest in Equipment

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
03/01/2025
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor Ryerson Brothers Excavating, LLC
Name

Case number (if known)

2.25 Team Financial Group
Creditor's Name

650 Three Mile Road
Suite 200
Grand Rapids, MI 49544
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
06/11/2025

**Last 4 digits of account number**
7431

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2018 Ford F-150 (on Team Financial Loan with 2021 Ford F-150)
VIN No. 1FTEW1EG1JFE06156
Names on Title:
Fair Condition
Insured by: ; Expires:

**Describe the lien**
Secured Interest in Vehicles

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$31,267.59 $40,000.00

---

2.26 Vox Funding, LLC
Creditor's Name

100 Park Avenue
30th Floor
New York, NY 10017
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Blanket lien on business assets, including accounts receivable, equipment, inventory, deposit accounts, fixtures, general intangibles, and proceeds

**Describe the lien**
Security Interest in Future Receipts

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$255,115.37 $0.00

---

2.27 Wells Fargo
Creditor's Name

PO Box 6412
Carol Stream, IL 60197
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2026 Vermeer D20x22III Drill, Unit 06644

**Describe the lien**
Security Interest in Equipment

**Is the creditor an insider or related party?**
■ No

$198,878.32 $150,000.00

Debtor Ryerson Brothers Excavating, LLC Case number (if known)
Name

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
6569

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.28 Western Equipment Finance
Creditor's Name

409 Progress Drive
Marshall, MN 56258
Creditor's mailing address

**Describe debtor's property that is subject to a lien** $33,058.08 $27,000.00

2026 Horizon 22' Equipment Trailers (x3)

**Describe the lien**
Security Interest in Equipment

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
0661

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $4,949,663.79

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| BMO Bank, N.A.<br>1625 W. Fountainhead Pkwy<br>Tempe, AZ 85282 | Line 2.7 | |
| Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703-4261 | Line 2.20 | |
| Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703-4261 | Line 2.7 | |

Debtor Ryerson Brothers Excavating, LLC Case number (if known)
Name

| | |
|---|---|
| Corporation Service Company<br>as Representative<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703-4261 | Line 2.21 |
| US Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258 | Line 2.20 |
| US Small Business Admin<br>409 3rd St SW<br>Washington, DC 20416 | Line 2.22 |
| US Small Business Admin.<br>Michigan District Office<br>477 Michigan Avenue<br>Room 515<br>Detroit, MI 48226 | Line 2.22 |

**Fill in this information to identify the case:**

Debtor name: Ryerson Brothers Excavating, LLC

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known):

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| **2.1** Priority creditor's name and mailing address: Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 | $0.00 | $0.00 |
| **2.2** Priority creditor's name and mailing address: Michigan Department of Treasury, PO Box 30199, Lansing, MI 48909 | $0.00 | $0.00 |

**2.1** Priority creditor's name and mailing address
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred: Multiple

Basis for the claim: Current - For Notice Only

Last 4 digits of account number 2708

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** Priority creditor's name and mailing address
Michigan Department
of Treasury
PO Box 30199
Lansing, MI 48909

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred: Multiple

Basis for the claim: Current - For Notice Only

Last 4 digits of account number 2708

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor Ryerson Brothers Excavating, LLC Case number (if known)
Name

**3.1** **Nonpriority creditor's name and mailing address**
A&R Concrete Cutting
13094 Hickory Street
Fruitport, MI 49415
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $800.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Aggregates Excavating & Logist
951 E. Barney Avenue
Muskegon, MI 49444
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,941.76
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Alta Construction Equipment Co
8840 Byron Commerce Drive SW
Byron Center, MI 49315
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $6,865.97
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit Services
Is the claim subject to offset? ■ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
American Express
Attn: Bankruptcy Department
PO BOX 981535
El Paso, TX 79998-1535
**Date(s) debt was incurred** 2025
**Last 4 digits of account number** 1954

**As of the petition filing date, the claim is:** *Check all that apply.* $45,944.44
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Line of Credit
Is the claim subject to offset? ■ No ☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
American Express
Attn: Bankruptcy Department
PO BOX 981535
El Paso, TX 79998-1535
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $57,093.80
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit Services
Is the claim subject to offset? ■ No ☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
American Express
Attn: Bankruptcy Department
PO BOX 981535
El Paso, TX 79998-1535
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $33,787.25
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit Services
Is the claim subject to offset? ■ No ☐ Yes

**3.7** **Nonpriority creditor's name and mailing address**
Auto Value Muskegon
Auto Wares Group
2284 Momentum Place
Chicago, IL 60689
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,426.96
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

Debtor Ryerson Brothers Excavating, LLC Case number (if known)
Name

**3.8** **Nonpriority creditor's name and mailing address**
Bauer Built Tire
1281 E. Laketon Avenue
Muskegon, MI 49442
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,174.57
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.9** **Nonpriority creditor's name and mailing address**
Beckman Brothers, Inc.
PO Box 268
Shelby, MI 49455
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,597.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**
Blue Ribbon Contracting
38210 W. Huron River Drive
Romulus, MI 48174
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,933.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**
Chase Card Services
Attn: Bankruptcy Department
PO Box 15298
Wilmington, DE 19850
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $40,556.95
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit Services
Is the claim subject to offset? ■ No ☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**
City of Battle Creek
PO Box 1717
Battle Creek, MI 49016
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $486.75
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.13** **Nonpriority creditor's name and mailing address**
Collier County
3315 Tamiami Trail E
Suite 102
Naples, FL 34112
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**
Core & Main LP
PO Box 28330
Saint Louis, MO 63146
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2624

**As of the petition filing date, the claim is:** *Check all that apply.* $172,814.33
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

Debtor Ryerson Brothers Excavating, LLC Case number (if known)
Name

3.15 **Nonpriority creditor's name and mailing address**
D&J Sewer Cleaning
1012 Washington Avenue
Muskegon, MI 49441
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
Dan Willea
627 Chatterson Road
Muskegon, MI 49442
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $5,520.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
Dodge Construction Network
PO Box 23896
New York, NY 10087-3896
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,328.72
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Marketing/Lead Generation
Is the claim subject to offset? ■ No ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
Etna Supplies
PO Box 772107
Detroit, MI 48277
**Date(s) debt was incurred** _
**Last 4 digits of account number** 9551

**As of the petition filing date, the claim is:** *Check all that apply.* $88,509.72
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
GR Gravel
PO Box 9160
Wyoming, MI 49509
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $20,317.84
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.20 **Nonpriority creditor's name and mailing address**
Grand Equipment
3310 Hudson Trail Drive
Hudsonville, MI 49426
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,534.44
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.21 **Nonpriority creditor's name and mailing address**
Guardian Dumpsters
2344 Park Street
Muskegon, MI 49444
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $5,532.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

Debtor Ryerson Brothers Excavating, LLC Case number (if known)
Name

3.22 **Nonpriority creditor's name and mailing address**
Gunter Accounting
880 Jefferson Street
Muskegon, MI 49440
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $62.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Professional Services
Is the claim subject to offset? ■ No ☐ Yes

---

3.23 **Nonpriority creditor's name and mailing address**
Hesperia Hardware
208 S. Division Street
Whitehall, MI 49461
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,664.16
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

---

3.24 **Nonpriority creditor's name and mailing address**
J&J Farms
4241 Holton Road
Muskegon, MI 49445
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,968.81
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

---

3.25 **Nonpriority creditor's name and mailing address**
Jackson-Merkey Contractors
3430 Lund Avenue
Muskegon, MI 49442
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,139.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.26 **Nonpriority creditor's name and mailing address**
Kerkstra Environmental Service
7240 Evanston Avenue
Muskegon, MI 49442
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,835.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

---

3.27 **Nonpriority creditor's name and mailing address**
Kuerth's Disposal
2621 Dalson Road
Twin Lake, MI 49457
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $266.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

---

3.28 **Nonpriority creditor's name and mailing address**
Lakeview Ford
295 W. Dickman Road
Battle Creek, MI 49037
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $384.65
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor Ryerson Brothers Excavating, LLC Case number (if known)
Name

3.29 **Nonpriority creditor's name and mailing address**
LMCU
PO Box 2848
Grand Rapids, MI 49501
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $832.31
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Bank Overdraft
Is the claim subject to offset? ■ No ☐ Yes

3.30 **Nonpriority creditor's name and mailing address**
McCormicks Sand, Inc.
5430 Russell Road
Twin Lake, MI 49457
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $90.10
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.31 **Nonpriority creditor's name and mailing address**
Mercury Broadband
6329 Glenwood Street
Suite 200
Mission, KS 66202
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $100,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.32 **Nonpriority creditor's name and mailing address**
MHP Workplace Health
1670 E. Sherman Blvd
Muskegon, MI 49444
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $651.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**
Michigan Unemployment
Insurance Agency
3024 Grand Blvd.
Suite 12-300
Detroit, MI 48202
**Date(s) debt was incurred** 2026
**Last 4 digits of account number** 2708

**As of the petition filing date, the claim is:** *Check all that apply.* $4,456.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Michigan unemployment insurance contributions for third quarter 2026.
Is the claim subject to offset? ■ No ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**
Misze Sand Mine
5148 W. Riley-Thompson Road
Whitehall, MI 49461
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $30,735.75
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
Muskegon County
990 Terrace Street
Muskegon, MI 49444
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $81.05
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor Ryerson Brothers Excavating, LLC — Case number (if known)
Name

**3.36 Nonpriority creditor's name and mailing address**
Muskegon County Business Park
North Condominium Association
2979 Industrial Pkwy
Muskegon, MI 49445

**Date(s) debt was incurred** 01/2026

**Last 4 digits of account number** N/A

**As of the petition filing date, the claim is:** *Check all that apply.* — $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Yearly Condominium Dues: $1,000.00 ($500.00 per unit)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37 Nonpriority creditor's name and mailing address**
Next Level Underground
1835 E. Hallandale Beach Blvd
#667
Hallandale, FL 33009

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — $1.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For Notice Purposes

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38 Nonpriority creditor's name and mailing address**
Nick Unema Plumbing & Heating
272 E. 26th Street
Holland, MI 49423

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — $3,179.62

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39 Nonpriority creditor's name and mailing address**
O'Reilly Auto Parts
233 S. Patterson Avenue
Springfield, MO 65802

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — $3,162.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40 Nonpriority creditor's name and mailing address**
Old National Bank
161 Monroe Avenue NW
Grand Rapids, MI 49503

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — $6,995.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Checking Account Overdraft

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41 Nonpriority creditor's name and mailing address**
Performance Plus Car Wash
1228 W. Sherman Blvd
Muskegon, MI 49441

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — $81.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42 Nonpriority creditor's name and mailing address**
R&R Landscape Supply
1957 Commerce Street
Muskegon, MI 49441

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — $6,120.71

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor Ryerson Brothers Excavating, LLC Case number (if known)
Name

3.43 **Nonpriority creditor's name and mailing address**
Shultz Septic Service
PO Box 5069
Muskegon, MI 49445
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $2,240.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.44 **Nonpriority creditor's name and mailing address**
TA Gentry Supply, Inc.
2096 N. 112th Avenue
Holland, MI 49424
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $13,473.99
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.45 **Nonpriority creditor's name and mailing address**
Trophy House
2350 Henry Street
Muskegon, MI 49441
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $302.10
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.46 **Nonpriority creditor's name and mailing address**
Van Kam
1316 Whitehall Road
Muskegon, MI 49445
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $488.68
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.47 **Nonpriority creditor's name and mailing address**
Vermeer Midwest
277 12th Street
Plainwell, MI 49080
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $16,577.63
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.48 **Nonpriority creditor's name and mailing address**
Verplank Enterprises, Inc.
1900 Hayes Street
Grand Haven, MI 49417
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $13,775.21
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.49 **Nonpriority creditor's name and mailing address**
VF Coopersville
340 River Street
Coopersville, MI 49404
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $11,604.58
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

Debtor Ryerson Brothers Excavating, LLC Case number (if known)
Name

3.50 **Nonpriority creditor's name and mailing address**
Wesco
1460 Whitehall Rd.
Muskegon, MI 49445
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $34,391.18
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.51 **Nonpriority creditor's name and mailing address**
Whitelake Excavating
2571 Holton Whitehall Road
Whitehall, MI 49461
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,199.78
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.52 **Nonpriority creditor's name and mailing address**
Wieser Concrete
W3716 U.S. Hughway 10
Maiden Rock, WI 54750
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $8,173.89
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Michigan Attorney General<br>P.O. Box 30212<br>Lansing, MI 48909 | Line 2.2<br>☐ Not listed. Explain ____ | 2708 |
| 4.2 | US Attorneys Office<br>Attn: Donna Justice<br>330 Ionia Ave NW<br>Suite 501<br>Grand Rapids, MI 49503 | Line 2.1<br>☐ Not listed. Explain ____ | 2708 |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 766,600.07 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 766,600.07 |

**Fill in this information to identify the case:**

Debtor name: Ryerson Brothers Excavating, LLC

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Service agreement with Azuga for monthly services at a cost of $210.00 per month. | Azuga, Inc.<br>2570 N. First Street<br>Suite 200<br>San Jose, CA 95131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Service agreement with Azuga for monthly services at a cost of $183.00 per month. | Azuga, Inc.<br>2570 N. First Street<br>Suite 200<br>San Jose, CA 95131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Employee health benefits administration agreement with Meridio Solutions for group health insurance coverage and related employee benefits services. Monthly administrative fee of $374.00, plus insurance premiums. Month to month - no current term. | GetMeridio, Inc.<br>500 7th Avenue<br>New York, NY 00000-0001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor 1 Ryerson Brothers Excavating, LLC
First Name Middle Name Last Name

Case number (*if known*)

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | QuickBooks Online accounting software and QuickBooks Payroll subscription services for business bookkeeping, financial reporting, and payroll processing. Combined monthly payment of $477.00. | Intuit, Inc.<br>2700 Coast Avenue<br>Mountain View, CA 94043 |
| | State the term remaining | Month to Month | |
| | List the contract number of any government contract | | |
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Construction Subcontract No. 202407-12 (Hesperia). Contract includes pay-when-paid terms and 10% retainage. Remaining obligations include punch list work, permits, and final retainage. Included in Accounts Receivable. | Jackson-Merkey Contractors<br>3430 Lund Avenue<br>Muskegon, MI 49442 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Construction Subcontract No. 202414-07 (M-120), including two change orders and a Gold Leaf Surety bond. Approximately 77–90% complete, with approximately $295,000 of work remaining. | Jackson-Merkey Contractors<br>3430 Lund Avenue<br>Muskegon, MI 49442 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor 1 Ryerson Brothers Excavating, LLC — Case number (*if known*)
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Construction subcontract which is substantially complete, with remaining punch-list items to be completed (Spring Lake and Sanford). | Jackson-Merkey Contractors<br>3430 Lund Avenue<br>Muskegon, MI 49442 |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2024 Ford F-150 Lightning<br>VIN No. 1FT6W7L71RWG17606<br>Mr. Marcus Obtained a Loan in his name for a company vehicle. He leased it to the company, which makes all of the payments. | Lee Marcus<br>38 Bellwood Drive<br>Holland, MI 49423 |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Ford F-150<br>VIN 1FTVW3LK7RWG28683<br>Mr. Marcus leased a vehicle from Ford Credit, which he leases to the Debtor. The vehicle is driven by Jon Ryerson. | Lee Marcus<br>38 Bellwood Drive<br>Holland, MI 49423 |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment Rental Agreement - Vermeer D10x15 Drill and Ford F-250<br>Debtor receives monthly payment of $13,750.00<br>Entered into on 09/28/2026<br>Month to Month - N/A | Stealth Services, Inc.<br>3215 Sperry<br>Dallas, TX 75214 |

Debtor 1 Ryerson Brothers Excavating, LLC
First Name Middle Name Last Name

Case number (*if known*)

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease Agreement with monthly payments of $1,110.00 for a 2018 Ford F-150 (VIN: 1FTEW1EG1JFE06156) and a 2021 Ford F-150 (VIN: 1FTFX1E54MKD85573). | Team Financial Group<br>650 Three Mile Road<br>Suite 200<br>Grand Rapids, MI 49544 |
| | State the term remaining | 32 Months | |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Fiber Master Service Agreement and Non-Disclosure Agreement executed in 2026. No work performed under the agreement. | The Fiber Factory<br>864 White Wood Flt<br>Lexington, KY 40511 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Fiber Master Service Agreement and Non-Disclosure Agreement executed in 2026. No work performed under the agreement. | Underground Contractors, Inc.<br>30561 Andersen Court<br>Wixom, MI 48393 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Fiber Master Service Agreement and Non-Disclosure Agreement executed in 2026. No work performed under the agreement. | Utilities One, Inc.<br>300 W. Somerdale Road<br>Suite 5E<br>Voorhees, NJ 08043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor 1 Ryerson Brothers Excavating, LLC Case number (*if known*)
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Fiber Master Service Agreement and Non-Disclosure Agreement executed in 2026. No work performed under the agreement. | Utilus LLC<br>10600 Chevrolet Way<br>Suite 250<br>Estero, FL 33928 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Prime contract with the Village of Shelby for lead service line replacement, totaling $647,596.25, with progress billing (approximately 20% billed). Completion required by May 28, 2027. Contract is secured by a $650,000 performance bond issued by Gold Leaf Surety and includes liquidated damages of $1,000 per day. | Village of Shelby<br>218 N. Michigan Avenue<br>Shelby, MI 49455 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name Ryerson Brothers Excavating, LLC

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Jon Ryerson | 903B Mears Ave<br>Whitehall, MI 49461 | Oakmont Capital Holdings, LLC | ■ D 2.20<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Lee Marcus | 38 Bellwood Drive<br>Holland, MI 49423 | Oakmont Capital Holdings, LLC | ■ D 2.20<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Lee Marcus | 38 Bellwood Drive<br>Holland, MI 49423 | De Lage Landen Financial Serv | ■ D 2.4<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Lee Marcus | 38 Bellwood Drive<br>Holland, MI 49423 | De Lage Landen Financial Serv | ■ D 2.5<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | Lee Marcus | 38 Bellwood Drive<br>Holland, MI 49423 | De Lage Landen Financial Serv | ■ D 2.6<br>☐ E/F ____<br>☐ G ____ |

Debtor Ryerson Brothers Excavating, LLC Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | Lee Marcus | 38 Bellwood Drive<br>Holland, MI 49423 | Vox Funding, LLC | ■ D 2.26<br>☐ E/F<br>☐ G |
| 2.7 | Lee Marcus | 38 Bellwood Drive<br>Holland, MI 49423 | American Express | ☐ D<br>■ E/F 3.4<br>☐ G |
| 2.8 | Lee Marcus | 38 Bellwood Drive<br>Holland, MI 49423 | Old National Bank/SBA | ■ D 2.22<br>☐ E/F<br>☐ G |
| 2.9 | Lee Marcus | 38 Bellwood Drive<br>Holland, MI 49423 | Muskegon County Business Park | ☐ D<br>■ E/F 3.36<br>☐ G |
| 2.10 | Lee Marcus | 38 Bellwood Drive<br>Holland, MI 49423 | Old National Bank | ■ D 2.21<br>☐ E/F<br>☐ G |
| 2.11 | Lee Marcus | 38 Bellwood Drive<br>Holland, MI 49423 | OnDeck Capital, Inc | ■ D 2.23<br>☐ E/F<br>☐ G |
| 2.12 | Lee Marcus | 38 Bellwood Drive<br>Holland, MI 49423 | Bell Bank | ■ D 2.3<br>☐ E/F<br>☐ G |
| 2.13 | Lee Marcus | 38 Bellwood Drive<br>Holland, MI 49423 | Wells Fargo | ■ D 2.27<br>☐ E/F<br>☐ G |

Debtor Ryerson Brothers Excavating, LLC Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | Lee Marcus | 38 Bellwood Drive<br>Holland, MI 49423 | Western Equipment Finance | ■ D 2.28<br>☐ E/F<br>☐ G |
| 2.15 | Lee Marcus | 38 Bellwood Drive<br>Holland, MI 49423 | Huntington National Bank | ■ D 2.18<br>☐ E/F<br>☐ G |
| 2.16 | Lee Marcus | 38 Bellwood Drive<br>Holland, MI 49423 | Huntington National Bank | ■ D 2.17<br>☐ E/F<br>☐ G |
| 2.17 | Lee Marcus | 38 Bellwood Drive<br>Holland, MI 49423<br>Continuing Guaranty for all Ford Loans | Ford Credit | ■ D 2.8<br>☐ E/F<br>☐ G |
| 2.18 | Lee Marcus | 38 Bellwood Drive<br>Holland, MI 49423 | American Express | ☐ D<br>■ E/F 3.6<br>☐ G |
| 2.19 | Lee Marcus | 38 Bellwood Drive<br>Holland, MI 49423 | American Express | ☐ D<br>■ E/F 3.5<br>☐ G |
| 2.20 | Lee Marcus | 38 Bellwood Drive<br>Holland, MI 49423 | Chase Card Services | ☐ D<br>■ E/F 3.11<br>☐ G |
| 2.21 | Lisa Marcus | 38 Bellwood Drive<br>Holland, MI 49423 | Old National Bank | ■ D 2.21<br>☐ E/F<br>☐ G |

Debtor Ryerson Brothers Excavating, LLC Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.22 | Lisa Marcus | 38 Bellwood Drive<br>Holland, MI 49423 | Old National Bank/SBA | ■ D 2.22<br>☐ E/F<br>☐ G |
| 2.23 | Lee Marcus | 38 Bellwood Drive<br>Holland, MI 49423 | Team Financial Group | ☐ D<br>☐ E/F<br>■ G 2.11 |

**Fill in this information to identify the case:**

Debtor name: Ryerson Brothers Excavating, LLC

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 1/01/2026 to Filing Date | ■ Operating a business<br>☐ Other | $3,719,911.10 |
| For prior year:<br>From 1/01/2025 to 12/31/2025 | ■ Operating a business<br>☐ Other | $3,710,618.00 |
| For year before that:<br>From 1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other | $2,018,174.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From 1/01/2025 to 12/31/2025 | Asset Sale | $10,000.00 |
| **For year before that:**<br>From 1/01/2024 to 12/31/2024 | Asset Sale | $2,000.00 |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor Ryerson Brothers Excavating, LLC Case number *(if known)* ______

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | ETNA Supply<br>4901 Clay Ave SW<br>Grand Rapids, MI 49548 | 6 payments made within 90 days before filing. | $186,136.05 | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | Bell Bank | 08/11/2026 | $9,372.60 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | Ford Motor Credit | 5 payments made within 90 days before filing. | $8,697.73 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | Vox Funding LLC<br>c/o Medolla Law PLLC<br>1407 Broadway 29th FL<br>New York, NY 10018 | Weekly Payment of $7,730.77 | $92,769.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | State of Michigan<br>Department of Treasury<br>PO Box 30199<br>Lansing, MI 48909 | 08/13/2026 | $12,085.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other Tax Payment |
| 3.6. | American Express | Weekly payments made throughout each month. | $91,372.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other Credit Card Payment |
| 3.7. | Delancey Street Group<br>104 W. 40th Street<br>New York, NY 10018 | 7/2/26, | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor Ryerson Brothers Excavating, LLC Case number (if known)

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.8. | Chase Bank | 7/21/26, 8/21/26,8/26/ 26,9/29/26 | $49,103.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other Business Credit Card |
| 3.9. | Guardian Dumpster | 07/31/2026, 08/04/2026 | $15,877.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.10. | Bush Concrete | 7/20/26, 8/24/26 | $19,154.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.11. | Old National Bank | 8/3/26, 9/1/26, 9/28/26 | $46,919.76 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. | De Lage Landen Financial Serv<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | 10 payments made within 90 days before filing. | $47,912.01 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13. | Frankenmuth Insurance<br>1 Mutual Aenue<br>Frankenmuth, MI 48787-0001 | 09/30/2026 | $15,455.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other Insurance Premium Owed |
| 3.14. | Dan Willea<br>627 Chatterson Road<br>Muskegon, MI 49442 | 7 payments made within 90 days before filing. | $47,840.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15. | Next Level Underground, LLC<br>1835 E. Hallandale Beach Blvd<br>#667<br>Hallandale, FL 33009 | 1 payment made within 90 days before filing. | $22,103.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.16. Wieser Concrete<br>W3716 U.S. Hughway 10<br>Maiden Rock, WI 54750 | 12 payments made within 90 days before filing. | $20,567.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.17. Ditch Witch<br>1128 Franklin Street<br>Marne, MI 49435 | 4 payments made within 90 days before filing. | $16,073.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.18. Guardian Dumpsters<br>2344 Park Street<br>Muskegon, MI 49444 | 30 payments made within 90 days before filing. | $13,787.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.19. Lakeside Aggregate<br>16861 120th Avenue<br>Nunica, MI 49448 | 4 payments made within 90 days before filing. | $9,715.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Lee Marcus<br>38 Bellwood Drive<br>Holland, MI 49423<br>Owner | 08/24/2026, 09/15/2026 | $10,889.00 | |
| 4.2. Jon J. Ryerson<br>903B Mears Ave<br>Whitehall, MI 49461<br>Member | Various Payments | $68,500.00 | Temporary Loans for Business Expenses |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Bell Bank<br>15490 101st Avenue North<br>Suite 200<br>Osseo, MN 55369 | Prior to the Petition Date, Debtor returned one Vermeer D20x22III Directional Drill. See attached Exhibit A (returned vehicles highlighted in red). | 10/12/2026 | $160,000.00 |
| Ford Credit<br>PO Box 220564<br>Pittsburgh, PA 15257-2564 | Prior to the Petition Date, Debtor returned one F-150 Truck and one F-350 Truck. See attached Exhibit A (returned vehicles highlighted in red). | October/November 2026 | $96,000.00 |
| Ally Bank<br>PO Box 380902<br>Minneapolis, MN 55438 | Prior to the Petition Date, Debtor returned one F-250 Truck. See attached Exhibit A (returned vehicles highlighted in red). | October/November 2026 | $52,000.00 |
| Huntington National Bank<br>PO BOX 1558<br>Columbus, OH 43216 | Prior to the Petition Date, Debtor returned three F-150 Trucks. See attached Exhibit A (returned vehicles highlighted in red). | October/November 2026 | $87,000.00 |
| Western Equipment Finance<br>409 Progress Drive<br>Marshall, MN 56258 | Prior to the Petition Date, Debtor returned one Horizon 22' Trailer. See attached Exhibit A (returned vehicles highlighted in red). | October/November 2026 | $9,000.00 |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Etna Supplies<br>PO Box 772107<br>Detroit, MI 48277 | Debtor's customer, Jackson-Merkey Contractors, withheld funds from invoiced payments to pay expenses from projects that Debtor owed to Etna.<br>Last 4 digits of account number: _____ | 10/09/2026: $102,933<br>10/23/2026: $53,389<br>11/11/2026: $29,813 | $186,135.00 |

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor Ryerson Brothers Excavating, LLC Case number *(if known)*

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Hamilton Community Schools<br>4815 136th Avenue<br>Hamilton, MI 49419<br>**Recipients relationship to debtor**<br>N/A | Donation for Field Trips | 02/07/2026 | $5,500.00 |
| 9.2. | White Lake Community Garden<br>405 E. Colby Street<br>Whitehall, MI 49461<br>**Recipients relationship to debtor**<br>N/A | Donated Excavation/Services | Spring 2026 | $6,115.00 |

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| Horizon 22' Trailer: Stolen in November 2026. Estimated Value of Trailer = $9,000.00. Amount owed to secured creditor, Western Equipment Finance, $11,019.36 | $0.00 - Debtor filed a police report and reported the loss to its insurance agent. No funds insurance proceeds received prior to the Petition Date. | November 2026 | $9,000.00 |
| Fiber Optic Equipment/Inventory - stolen from various job sites over the last year. | | | $62,000.00 |

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor Ryerson Brothers Excavating, LLC Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | CBH Attorneys & Counselors, PLLC<br>25 Division Avenue S.<br>Suite 500<br>Grand Rapids, MI 49503 | $25,000.00 Retainer.<br>$17,091.00 (Fees Earned Prior to Filing)<br>$71.19 (UCC Report)<br>$1,738.00 (Filing Fee)<br>$6,099.81 Remaining in CBH Trust Account | 10/21/2026 | $18,900.19 |

**Email or website address**
https://cbhattorneys.com/

**Who made the payment, if not debtor?**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Dennis Dornbush<br>Business Improvement Consulting, LLC<br>16188 Woodcrest Drive<br>Spring Lake, MI 49456 | $11,552.99 - accounting fees related to bankruptcy filing | 11/19/2026 | $11,552.99 |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | Equipment Dealer | 2017 Takeuchi TL 8 Track Loader. Poor condition. Not operating. Estimated scrap value of $5,000 or less. Traded-in to dealer for dealer to use for parts with proceeds applied towards purchase of new track loader. | 07/15/2025 | $5,000.00 |

**Relationship to debtor**
None

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor Ryerson Brothers Excavating, LLC Case number (*if known*)

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Store Space Self Storage<br>110 Knapp Drive<br>Battle Creek, MI 49015 | Members and employees of Debtor. | Fiber materials. | ■ No<br>☐ Yes |
| Extra Space Storage<br>50801 Executive Drive<br>Macomb, MI 48044 | Members and employees of Debtor. | Fiber materials. | ■ No<br>☐ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Lee Marcus<br>38 Bellwood Drive<br>Holland, MI 49423 | 2979 Industrial Parkway<br>Muskegon, MI 49445 | 1930 Ford Model A<br>Mr. Marcus' grandfather's 1930 Ford Model A is kept in a shipping container located at Debtor's premises. | $0.00 |

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor Ryerson Brothers Excavating, LLC Case number (if known)

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Gunter Accounting<br>880 Jefferson Street<br>Muskegon, MI 49440 | 2018 to 2025 |
| 26a.2. | Dennis Dornbush<br>Business Improvement Consulting, LLC<br>16188 Woodcrest Drive<br>Spring Lake, MI 49456 | 2026 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Dennis Dornbush<br>Business Improvement Consulting, LLC<br>16188 Woodcrest Drive<br>Spring Lake, MI 49456 | |
| 26c.2. | Gunter Accounting, Inc.<br>880 Jefferson Street<br>Muskegon, MI 49440 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | Vox Funding, LLC<br>100 Park Avenue<br>30th Floor<br>New York, NY 10017 |

| Name and address | |
|---|---|
| 26d.2. | OnDeck Capital, Inc<br>1400 Broadway 25th Fl<br>New York, NY 10018-5225 |
| 26d.3. | Old National Bank<br>161 Monroe Avenue NW<br>Grand Rapids, MI 49503 |
| 26d.4. | Gold Leaf Surety |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lee Marcus | 38 Bellwood Drive<br>Holland, MI 49423 | Manager | 90% |
| Jon J. Ryerson | 903B Mears Ave<br>Whitehall, MI 49461 | Project Manager | 10% |
| Leif Oquist | 11360 Henderson Road<br>Montague, MI 49437 | Chief Operating Officer | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor Ryerson Brothers Excavating, LLC Case number (if known)

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Lee & Lisa Marcus<br>38 Bellwood Drive<br>Holland, MI 49423<br>**Relationship to debtor**<br>Manager/Member | $12,686.00 - Excavation services performed at member's personal residence. | 10/01/2026 | Outstanding balance for excavation services satisfied through member draw. |
| 30.2. | Lee Marcus<br>38 Bellwood Drive<br>Holland, MI 49423<br>**Relationship to debtor**<br>Manager | Monthly loan payments of $1,712.39 for a 2024 Ford F-150 Lightning titled to Lee Marcus, totaling $20,548.68 annually. | Monthly | Payment of vehicle loan obligations on behalf of member. |
| 30.3. | Jon J. Ryerson<br>903B Mears Ave<br>Whitehall, MI 49461<br>**Relationship to debtor**<br>Member | Monthly lease payments of $432.32 for a Ford F-150 Lightning leased by Marcus but driven by Jon, totaling $5,187.84 annually. | Monthly | Payment of vehicle lease obligations on behalf of member. |
| 30.4. | Lee Marcus<br>38 Bellwood Drive<br>Holland, MI 49423<br>**Relationship to debtor**<br>Member/Manager | Salaried wages in gross biweekly installments of $4,092.00. | Bi-weekly pay. | Payment for work performed as Member/Manager of Debtor. |
| 30.5. | Jon J. Ryerson<br>903B Mears Ave<br>Whitehall, MI 49461<br>**Relationship to debtor**<br>Member/Project Manager | Salaried wages in gross biweekly installments of $2,455.20. | Bi-weekly | Payment for work performed as Member/Project Manager of Debtor. |
| 30.6. | Lee Marcus<br>38 Bellwood Drive<br>Holland, MI 49423<br>**Relationship to debtor**<br>Owner | Estimated at $2,000 or less | 2026 | Mr. Marcus used credit card points attributable to a business credit card, which he guaranteed, for airline tickets for a family trip. |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

Debtor Ryerson Brothers Excavating, LLC Case number *(if known)*

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2026

/s/ Lee Marcus
Signature of individual signing on behalf of the debtor

Lee Marcus
Printed name

Position or relationship to debtor Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Michigan

In re Ryerson Brothers Excavating, LLC — Debtor(s)

Case No.
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jon Ryerson<br>903B Mears Ave<br>Whitehall, MI 49461 | | | 10% Membership Shares |
| Lee Marcus<br>38 Bellwood Drive<br>Holland, MI 49423 | | | 90% Membership Shares |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date November 20, 2026

Signature /s/ Lee Marcus
Lee Marcus

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Michigan

In re Ryerson Brothers Excavating, LLC
Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: November 20, 2026

/s/ Lee Marcus
Lee Marcus/Member
Signer/Title

A&R CONCRETE CUTTING
13094 HICKORY STREET
FRUITPORT MI 49415

AGGREGATES EXCAVATING & LOGIST
951 E. BARNEY AVENUE
MUSKEGON MI 49444

ALLY BANK
PO BOX 380902
MINNEAPOLIS MN 55438

ALTA CONSTRUCTION EQUIPMENT CO
8840 BYRON COMMERCE DRIVE SW
BYRON CENTER MI 49315

AMERICAN EXPRESS
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 981535
EL PASO TX 79998-1535

AUTO VALUE MUSKEGON
AUTO WARES GROUP
2284 MOMENTUM PLACE
CHICAGO IL 60689

AZUGA, INC.
2570 N. FIRST STREET
SUITE 200
SAN JOSE CA 95131

BAUER BUILT TIRE
1281 E. LAKETON AVENUE
MUSKEGON MI 49442

BECKMAN BROTHERS, INC.
PO BOX 268
SHELBY MI 49455

BELL BANK
15490 101ST AVENUE NORTH
SUITE 200
MAPLE GROVE MN 55369

BLUE RIBBON CONTRACTING
38210 W. HURON RIVER DRIVE
ROMULUS MI 48174

BMO BANK, N.A.
1625 W. FOUNTAINHEAD PKWY
TEMPE AZ 85282

CHASE CARD SERVICES
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 15298
WILMINGTON DE 19850

CITY OF BATTLE CREEK
PO BOX 1717
BATTLE CREEK MI 49016

COLLIER COUNTY
3315 TAMIAMI TRAIL E
SUITE 102
NAPLES FL 34112

CORE & MAIN LP
PO BOX 28330
SAINT LOUIS MO 63146

CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD IL 62703-4261

CORPORATION SERVICE COMPANY
AS REPRESENTATIVE
801 ADLAI STEVENSON DRIVE
SPRINGFIELD IL 62703-4261

D&J SEWER CLEANING
1012 WASHINGTON AVENUE
MUSKEGON MI 49441

DAN WILLEA
627 CHATTERSON ROAD
MUSKEGON MI 49442

DE LAGE LANDEN FINANCIAL SERV
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087

DODGE CONSTRUCTION NETWORK
PO BOX 23896
NEW YORK NY 10087-3896

ETNA SUPPLIES
PO BOX 772107
DETROIT MI 48277

FINANCIAL PACIFIC/SOLIFI
ATTN: BANKRUPTCY DEPARTMENT
3455 SOUTH 344 WAY, SUITE 300
FEDERAL WAY WA 98001

FORD CREDIT
PO BOX 220564
PITTSBURGH PA 15257-2564

GETMERIDIO, INC.
500 7TH AVENUE
NEW YORK NY 00000-0001

GR GRAVEL
PO BOX 9160
WYOMING MI 49509

GRAND EQUIPMENT
3310 HUDSON TRAIL DRIVE
HUDSONVILLE MI 49426

GUARDIAN DUMPSTERS
2344 PARK STREET
MUSKEGON MI 49444

GUNTER ACCOUNTING
880 JEFFERSON STREET
MUSKEGON MI 49440

HESPERIA HARDWARE
208 S. DIVISION STREET
WHITEHALL MI 49461

HUNTINGTON NATIONAL BANK
PO BOX 1558
COLUMBUS OH 43216

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTUIT, INC.
2700 COAST AVENUE
MOUNTAIN VIEW CA 94043

J&J FARMS
4241 HOLTON ROAD
MUSKEGON MI 49445

JACKSON-MERKEY CONTRACTORS
3430 LUND AVENUE
MUSKEGON MI 49442

JON RYERSON
903B MEARS AVE
WHITEHALL MI 49461

KERKSTRA ENVIRONMENTAL SERVICE
7240 EVANSTON AVENUE
MUSKEGON MI 49442

KUERTH'S DISPOSAL
2621 DALSON ROAD
TWIN LAKE MI 49457

LAKEVIEW FORD
295 W. DICKMAN ROAD
BATTLE CREEK MI 49037

LEE MARCUS
38 BELLWOOD DRIVE
HOLLAND MI 49423

LISA MARCUS
38 BELLWOOD DRIVE
HOLLAND MI 49423

LMCU
PO BOX 2848
GRAND RAPIDS MI 49501

MCCORMICKS SAND, INC.
5430 RUSSELL ROAD
TWIN LAKE MI 49457

MERCURY BROADBAND
6329 GLENWOOD STREET
SUITE 200
MISSION KS 66202

MHP WORKPLACE HEALTH
1670 E. SHERMAN BLVD
MUSKEGON MI 49444

MICHIGAN ATTORNEY GENERAL
P.O. BOX 30212
LANSING MI 48909

MICHIGAN DEPARTMENT
OF TREASURY
PO BOX 30199
LANSING MI 48909

MICHIGAN UNEMPLOYMENT
INSURANCE AGENCY
3024 GRAND BLVD.
SUITE 12-300
DETROIT MI 48202

MISZE SAND MINE
5148 W. RILEY-THOMPSON ROAD
WHITEHALL MI 49461

MUSKEGON COUNTY
990 TERRACE STREET
MUSKEGON MI 49444

MUSKEGON COUNTY BUSINESS PARK
NORTH CONDOMINIUM ASSOCIATION
2979 INDUSTRIAL PKWY
MUSKEGON MI 49445

NEXT LEVEL UNDERGROUND
1835 E. HALLANDALE BEACH BLVD
#667
HALLANDALE FL 33009

NICK UNEMA PLUMBING & HEATING
272 E. 26TH STREET
HOLLAND MI 49423

O'REILLY AUTO PARTS
233 S. PATTERSON AVENUE
SPRINGFIELD MO 65802

OAKMONT CAPITAL HOLDINGS, LLC
600 WILLOWBROOK LANE
SUITE 601
WEST CHESTER PA 19382

OLD NATIONAL BANK
161 MONROE AVENUE NW
GRAND RAPIDS MI 49503

OLD NATIONAL BANK/SBA
161 MONROE AVENUE NE
GRAND RAPIDS MI 49503

ONDECK CAPITAL, INC
1400 BROADWAY 25TH FL
NEW YORK NY 10018-5225

PERFORMANCE PLUS CAR WASH
1228 W. SHERMAN BLVD
MUSKEGON MI 49441

R&R LANDSCAPE SUPPLY
1957 COMMERCE STREET
MUSKEGON MI 49441

SHULTZ SEPTIC SERVICE
PO BOX 5069
MUSKEGON MI 49445

SOFI BANK
2750 E. COTTONWOOD PARKWAY
SUITE 300
SALT LAKE CITY UT 84121

STEALTH SERVICES, INC.
3215 SPERRY
DALLAS TX 75214

TA GENTRY SUPPLY, INC.
2096 N. 112TH AVENUE
HOLLAND MI 49424

TEAM FINANCIAL GROUP
650 THREE MILE ROAD
SUITE 200
GRAND RAPIDS MI 49544

THE FIBER FACTORY
864 WHITE WOOD FLT
LEXINGTON KY 40511

TROPHY HOUSE
2350 HENRY STREET
MUSKEGON MI 49441

UNDERGROUND CONTRACTORS, INC.
30561 ANDERSEN COURT
WIXOM MI 48393

US ATTORNEYS OFFICE
ATTN: DONNA JUSTICE
330 IONIA AVE NW
SUITE 501
GRAND RAPIDS MI 49503

US BANK EQUIPMENT FINANCE
1310 MADRID STREET
MARSHALL MN 56258

US SMALL BUSINESS ADMIN
409 3RD ST SW
WASHINGTON DC 20416

US SMALL BUSINESS ADMIN.
MICHIGAN DISTRICT OFFICE
477 MICHIGAN AVENUE
ROOM 515
DETROIT MI 48226

UTILITIES ONE, INC.
300 W. SOMERDALE ROAD
SUITE 5E
VOORHEES NJ 08043

UTILUS LLC
10600 CHEVROLET WAY
SUITE 250
ESTERO FL 33928

VAN KAM
1316 WHITEHALL ROAD
MUSKEGON MI 49445

VERMEER MIDWEST
277 12TH STREET
PLAINWELL MI 49080

VERPLANK ENTERPRISES, INC.
1900 HAYES STREET
GRAND HAVEN MI 49417

VF COOPERSVILLE
340 RIVER STREET
COOPERSVILLE MI 49404

VILLAGE OF SHELBY
218 N. MICHIGAN AVENUE
SHELBY MI 49455

VOX FUNDING, LLC
100 PARK AVENUE
30TH FLOOR
NEW YORK NY 10017

WELLS FARGO
PO BOX 6412
CAROL STREAM IL 60197

WESCO
1460 WHITEHALL RD.
MUSKEGON MI 49445

WESTERN EQUIPMENT FINANCE
409 PROGRESS DRIVE
MARSHALL MN 56258

WHITELAKE EXCAVATING
2571 HOLTON WHITEHALL ROAD
WHITEHALL MI 49461

WIESER CONCRETE
W3716 U.S. HUGHWAY 10
MAIDEN ROCK WI 54750

# United States Bankruptcy Court
## Western District of Michigan

In re Ryerson Brothers Excavating, LLC Case No.
Debtor(s) Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Ryerson Brothers Excavating, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 20, 2026
Date

/s/ Steven M. Bylenga
Steven M. Bylenga P73492
Signature of Attorney or Litigant
Counsel for Ryerson Brothers Excavating, LLC

CBH Attorneys & Counselors, PLLC.
MAIN OFFICE
25 Division Avenue S., Suite 500
Grand Rapids, MI 49503
616-608-3061 Fax:616-719-3782
steve@cbhattorneys.com